STEPHEN KENT ROSE
Attorney at Law
Post Office Box 2400
Sausalito, California 94966
California State Bar Number 77941
415.332.6000

Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| San Francisco Aesthetics and Laser Medicine, Incorporated,<br>　　　　　　Plaintiff,<br>vs.<br><br>The Presidio Trust,<br>　　　　　　Defendant./ | Civil Action No.<br><br>COMPLAINT FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION<br><br>DEMAND FOR JURY TRIAL |

　　　1.　　Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated. is a California corporation having its principal place of business at The Presidio, San Francisco, California.

　　　2.　　Defendant Presidio Trust is a wholly owned United States government corporation charged with the management of the inland areas within the Presidio of San Francisco.

　　　3.　　JURISDICTION:　This court has subject matter jurisdiction of this action pursuant to section 104 (h) of The Presidio Trust Act, 16 USC 460bb Appendix (2007).

　　　4.　　INTRADISTRICT ASSIGNMENT: All parties hereto reside, the demised premises at issue is located, and all matters alleged herein took place in the City and County of San Francisco.

1
COMPLAINT FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION; DEMAND FOR
JURY TRIAL

5.  This is an action for declaratory judgment pursuant to 28 USC §2201 for the purpose of determining an actual controversy between the parties and for preliminary injunctive relief pursuant to FRCP 65.  The following actual controversy has arisen between the parties:

   a.  Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated leases a medical suite from defendant Presidio Trust pursuant to a written lease;

   b.  Plaintiff's lease commenced on 15 January 2005, runs through an expiration date "[t]wo (2)years after the Commencement Date", and contains "[t]wo (2) separate options to extend the Term for one (1) year each";

   c.  Pursuant to Article 36(C) of the lease Plaintiff gave Defendant timely written notice of the exercise of its first option to extend the term of its lease;

   d.  Pursuant to Article 36(D) of the Lease the exercise of Plaintiff's option obligates defendant Presidio Trust and Plaintiff to bargain in good faith in order to "reach a mutual written agreement on the Base Rent for the Extended Term";

   e.  Defendant Presidio Trust has failed and refuses to recognize the validity of Plaintiff's exercise of its option to extend the term of its lease.  Defendant Presidio Trust falsely contends that Plaintiff's written exercise of its option came one day too late, and disingenuously complains that the notice was delivered to Defendant's commercial real estate manager rather than to Defendant's administrative office on the other side of their common parking lot;

   f.  Plaintiff timely exercised its option to extend the term of its lease and properly delivered said writing to defendant Presidio Trust.  Consequently, defendant Presidio Trust is obligated to enter into good faith negotiations to fix the base rent for the extended term;

   g.  Instead, defendant Presidio Trust has sent Plaintiff a letter indicating its intent to immediately find a new tenant for Plaintiff's medical suite and to move the new tenant into Plaintiff's space during January 2008;

   h.  Defendant's refusal to bargain in good faith with Plaintiff is in retaliation for Plaintiff's owner's exercise of her First Amendment right to petition the United States for redress of various grievances.

2

COMPLAINT FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION; DEMAND FOR JURY TRIAL

I+. Plaintiff intends to continue occupying the premises at issue until at least 15 January 2009.

6. Plaintiff will suffer irreparable injury if defendant Presido Trust is not preliminarily enjoined from interfering with Plaintiff's occupancy out of its medical suite.

7. Plaintiff has no adequate remedy at law.

Wherefore, Plaintiff prays:

1. For declaratory judgment that Plaintiff timely and properly exercised its option to extend the term of its lease and that defendant Presidio Trust is obligated to enter into good faith negotiations with it to fix the base rent for the extended one year term;

2. For a preliminary injunction enjoining defendant Presidio Trust from interfering with Plaintiff's occupancy of its medical suite during the pendency of this action;

3. For attorney fees and costs of suit;

4. For such other and further relief as is just and proper.

Dated: 8 October 2007

_____
Stephen Kent Rose
Attorney for Plaintiff
San Francisco Aesthetics and Laser Medicine, Inc.

DEMAND FOR JURY TRIAL

Plaintiff San Francisco Aesthetics and Laser Medicine, Inc. hereby demands trial by jury

Dated: 8 October 2007

_____
Stephen Kent Rose
Attorney for Plaintiff
San Francisco Aesthetics and Laser Medicine, Inc.

3
COMPLAINT FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION; DEMAND FOR JURY TRIAL