1  STEPHEN KENT ROSE
   Attorney at Law
2  Post Office Box 2400
   Sausalito, California 94966
3  California State Bar Number 77941
   415.332.6000
4
   Attorney for Plaintiff
5  San Francisco Aesthetics and Laser Medicine, Incorporated

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 San Francisco Aesthetics and Laser Medicine,
   Incorporated,                                  Civil Action No. 07 5170 EDL
13                         Plaintiff,
                                                  EXHIBITS 1 THROUGH 12 TO DECLARATION
14 vs.                                            OF JEANNIE TSAI, M.D., IN SUPPORT OF
                                                  MOTION FOR PRELIMINARY INJUNCTION
15
   The Presidio Trust,                            Date:    18 December 2007
16                         Defendant./            Time:    9:00 a.m.
                                                  Place:   Courtroom E, 15th Floor
17                                                Judge:   Elizabeth D. LaPort

18                                                Complaint Filed:   9 October 2007

19
                         MANUAL FILING NOTIFICATION
20
21 Regarding:   EXHIBITS 1 THROUGH 12 TO DECLARATION OF JEANNIE TSAI, M.D., IN
                SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
22

23 This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

24 If you are a participant in this case, this filing will be served in hard-copy shortly.

25 For information on retrieving this filing directly from the court, please see the court's main web site at
   http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
26

27 This filing was not efiled for the following reason(s):

28 [_] Voluminous Document (PDF file size larger than the efiling system allows)

1. [X] Unable to Scan Documents

2. [_] Physical Object (description): _____

3. [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

4. [_] Item Under Seal

5. [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

6. [X] Other (description): Defendant Has Not Yet Appeared