STEPHEN KENT ROSE
Attorney at Law
Post Office Box 2400
Sausalito, California 94966
State Bar Number 77941
415.332.6000

Attorney for Plaintiff
San Francisco Aesthetics and Laser Medicine, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| San Francisco Aesthetics and Laser Medicine, Inc,<br><br>      Plaintiff,<br><br>vs.<br><br>The Presidio Trust,<br>      Defendant./ | Civil Action No. 07 5170 EDL<br><br>LEASE EXHIBIT<br><br>Date:  18 December 2007<br>Time:  9:00 a.m.<br>Place:  Courtroom E, 15th Floor<br>Judge:  Elizabeth D. LaPort<br><br>Complaint Filed: 9 October 2007 |

MANUAL FILING NOTIFICATION

Regarding: LEASE EXHIBIT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[X] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

1

1. [_] Item Under Seal

2. [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

3. [X] Other (description): Defendant has not yet appeared