STEPHEN KENT ROSE
Attorney at Law
Post Office Box 2400
Sausalito, California 94966
State Bar Number 77941
415.332.6000

Attorney for Plaintiff
San Francisco Aesthetics and Laser Medicine, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

San Francisco Aesthetics and Laser Medicine,
Incorporated,
                Plaintiff,

vs.

The Presidio Trust,
                Defendant./

Civil Action No. 07-5170 EDL

[PROPOSED]
ORDER GRANTING PRELIMINARY INJUNCTION

The motion of Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary restraining order came on regularly for hearing before the honourable Elizabeth D. Laport, United States Magistrate Judge, presiding, on 18 December 2007. Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated appeared by counsel by Stephen Kent Rose, Esq. and Defendant Presidio Trust appeared by counsel _____ _____.

Having heard and considered the evidence and arguments for and in opposition to the motion the court hereby finds and concludes as follows:

FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds that Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated is likely to prevail on its claims (1) that it timely delivered its notice of exercise of its option to extend the term of its lease 180 days before 15 January 2008, the expiration date of the current term of Plaintiff's leasehold,

ORDER GRANTING PRELIMINARY INJUNCTION

1

1  and (2) that Defendant Presidio Trust should be equitably estopped from complaining that the notice was
2  delivered to the wrong address because it and its property manager Danielle McKinney led Plaintiff's
3  president Dr. Tsai to believe that the notice would be effective if delivered to Ms. McKinney.  Plaintiff
4  San Francisco Aesthetics and Laser Medicine, Incorporated is also likely to prevail on its claim that
5  Defendant Presidio Trust's agent Danielle McKinney acted in bad faith in failing to timely either deliver
6  the notice to Defendant Presidio Trust or immediately advise Dr. Tsai of the correct address for effective
7  delivery of the notice when Ms. Mc Kinney received the notice on 19 July 2007.  The court further finds
8  that unless enjoined Defendant Presidio Trust would imminently interfere with Plaintiff's occupancy of its
9  premises and would thereby cause Plaintiff San Francisco Aesthetics and Laser Medicine Incorporated
10 irreparable injury for which there is no remedy at law.  Said irreparable injury would include loss of or
11 interference with the use of the unique premises a 5 Funston, as well as incalculable financial damages
12 and loss of goodwill.

14    Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated is entitled to a preliminary
15 injunction pending final hearing and final determination of the merits of this action.
16    Therefore,
17    IT IS ORDERED that the motion of Plaintiff San Francisco Aesthetics and Laser Medicine,
18 Incorporated for a preliminary injunction be and the same is hereby granted on Plaintiff's giving bond or
19 other security in the amount of $1000.00.
20    IT IS FURTHER ORDERED, that defendant Presidio Trust and its officers, agents, employees,
21 attorneys, and all those in active concert or participation with any of them are hereby enjoined and
22 restrained from interfering with Plaintiff's occupancy of its medical suite at 5 Funston during the
23 pendency of this action and until a final hearing and determination of the merits of this action.

26 Dated: _____            _____
                                     Elizabeth D. Laport
27                                   United States Magistrate Judge
28

2

ORDER GRANTING PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING PRELIMINARY INJUNCTION