SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7180
    Facsimile:   (415) 436-6748
    Email:       charles.oconnor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC.<br><br>                Plaintiff,<br><br>    v.<br><br>THE PRESIDIO TRUST,<br><br>                Defendant. | No. C 07-5170 EDL<br><br>**DECLARATION OF ERIN MAGAGNA IN SUPPORT OF PRESIDIO TRUST'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  December 18, 2007<br>Time:  9:00 a.m.<br>Ctrm:  E, 15th Floor |

    I, Erin Magagna, declare as follows:

    1. I am the Non-Residential Property Manager, Presidio Trust, Presidio of San Francisco. I have held this position since February 28, 1999. I am also one of the custodians of the records at the Presidio Trust ("PT" or "the Trust" or "Defendant"). As a part of my duties, I am familiar with the business entity known as the San Francisco Aesthetics and Laser Medicine, Incorporated ("SFALMI" or "Plaintiff") and its lease of real property administered by the Trust. I make this declaration in support of the Defendant's papers filed in opposition to SFALMI's motion for preliminary injunction ("Motion").

    2. I have reviewed and am familiar with the papers filed in above-captioned case in support of SFALMI's Motion, including the lease of Trust property held by SFALMI, which commenced on January 15, 2005 ("Lease"), a true and accurate copy that Lease is attached hereto

as Exhibit A. The Lease was signed by Dr. Jeannie Tsai, President of SFALMI, on November 7, 2005. See Lease, page 37. According to page (small) "i." of the Lease, the "Landlord's Address for **Notices** is set forth as:

> The Presidio Trust, The Presidio of San Francisco, **34 Graham Street**, P.O. Box 29052, San Francisco, CA 94129-0052, **Attn: Director of Real Estate/Attn: General Counsel** (emphasis added).

3. CB Richard Ellis is a contractor to the Presidio Trust. On August 28, 2006, Danielle McKinney, Senior Real Estate Manager, CB Richard Ellis ("CBRE"), The Presidio, signed and sent a letter to Dr. Jeannie Tsai, President of SFALMI which included a list of "important dates as they pertain to your Lease." Two of the items included on the list were the following:

> 2. Commencement Date: January 15, 2006
> 3. Expiration Date: January 14, 2008

A true and accurate copy of this August 28, 2006 letter is attached hereto as Exhibit B.

4. On or about March 15, 2007 Dr. Jeannie Tsai signed and sent a letter to Ms. Danielle McKinney which contained, among other things, the following statements:

> **Option to Extend**
> I am interested in exercising the option to extend the lease on this property.
> Please contact me regarding this matter and the requirements to extend.
> (Last paragraph)

A true and accurate copy of this March 15, 2007 letter is attached hereto as Exhibit C.

5. On March 23, 2007 Ms. McKinney signed and sent a letter to Dr. Tsai , which directed Dr. Tsai to the Trust Leasing Department for a response to her interest in the option to extend:

//
//

I have however forwarded the information (interest in exercising option to extend) to the Trust Leasing Department and someone will be in touch with you to discuss an extension and new market rates.

A true and accurate copy of this March 23, 2007 letter is attached hereto as Exhibit D.

6. On April 10, 2007, M. Elena Anaya, Real Estate Agent, Presidio Trust, signed and sent a letter, on Presidio Trust stationary, to Dr. Tsai inviting her to phone Ms. Anaya to discuss her interest in the option to extend and the fair market rent for the option period.   Ms. Anaya further noted that she had received no response from Dr. Tsai to the two voice mail messages (April 5th and April 9th) and one email (April 6th) requesting a meeting.  A true and accurate copy of this April 10, 2007 letter is attached hereto as Exhibit E.

7. On or about April 19, 2007, ignoring the April 10, 2007 letter from Ms. Anaya, Dr. Tsai instead signed and sent a letter to Ms. McKinney, in which she said, among other things, in reference to her own March 15, 2007 letter, the following:

This informal letter was merely a query on the general lease renewal process, and was clearly **not** an 'exercise of option to extend term' within the allowable notice period" (emphasis in original)(1:16-17).

. . .

[W]hile I am aware the 90-day period (for exercise of option to extend) is rarely if ever enforced, it is clearly not applicable in this instance (2:8-8).

. . .

I will contact you in writing in the future if I decide to exercise this option . . . (2:19-20)

A true and accurate copy of this April 19, 2007 letter is attached hereto as Exhibit F.

8. On May 16, 2007, I signed and sent a letter to Dr. Tsai "in response to your April 19, 2007 letter, addressed to Daniell McKinney at CBRE." The second full paragraph of that letter stated the following:

1 **Option to Extend:** We understand that you have not formally
2 exercised your option to extend your lease. As stated in your letter,
3 you may trigger this option anytime between 270 days before your
4 lease expiration, but not later than 180 days prior to the Lease
5 expiration. The 90-day negotiation period will begin if and when
6 you exercise your option, formally, in writing to the Trust.

7 A true and accurate copy of this May 16, 2007 letter is attached hereto as Exhibit G.

8     9. On or about July 19, 2007, ignoring my May 16 letter and instructions for exercise of
9 the option to extend, Dr. Tsai signed a letter addressed to Ms. McKinney, CBRE, 103
10 Montgomery Street, San Francisco, CA 94129, entitled "**NOTICE OF EXERCISE OF LEASE**
11 **OPTION,**" in which she said the following:

12     I elect to exercise the option to extend the lease agreement as provided
13 in Article 36 of our lease agreement, dated December 15, 2005, for the
14 additional period of one year, commencing on January 15, 2008, and
15 terminating on January 15, 2009.

16 A true and accurate copy of this July 19, 2007 letter is attached hereto as Exhibit H. On that
17 same date, Dr. Tsai indeed delivered the cited letter to the CBRE office at 103 Montgomery
18 Street, San Francisco, CA, rather than to the Presidio Trust's office at 34 Graham Street, San
19 Francisco, CA, as previously instructed and required by the Lease.

20     10. On August 9, 2007, Ms. McKinney responded to delivery of the July 19, 2007 letter
21 from Ms. Tsai by stating that the option to extend the lease,

22 expired prior to the proper delivery of your notice for the following
23 reasons:
24 - Delivery was made after July 18, 2007 which was the last day for delivery
25 of the Exercise Notice.
26 - The Exercise Notice was not delivered to Landlord at 34 Graham Street as
27 set forth as Landlord's Address for Notice in the Basic Lease Information.

28 A true and accurate copy of this August 8, 2007 letter is attached hereto as Exhibit I.

DECLARATION OF MAGAGNA IN OPPOSITION TO PRELIMINARY INJUNCTION
*SFALMI v. PRESIDIO TRUST* C 07-5170 EDL     **-4-**

1	11. On or about August 20, 2007, Mr. Stephen Kent Rose, attorney for Dr. Tsai, signed
2	and sent a letter to me at Presidio Trust, 34 Graham Street, POB 29052, San Francisco, CA
3	94129 and to Ms. McKinney, CBRE, 103 Montgomery Street, San Francisco, CA 94129, in
4	which he vigorously argued Dr. Tsai's claims against the Presidio Trust and threatened to
5	prosecute Dr. Tsai's claims against both the Presidio Trust and, personally, via a "Bivens" suit,
6	against Ms. McKinney, if the Trust "fails to commence good faith negotiations within ten days . .
7	. " (last paragraph).   A true and accurate copy of Mr. Rose's August 20, 2007 letter is attached
8	hereto as Exhibit J.

9	12. On or about October 9, 2007 Dr. Tsai filed her Complaint in this law suit.

10	I declare under penalty of perjury that the foregoing is true and correct.

11	Signed this 27th day of November, 2007, at San Francisco, California.

12	          /s/
	_____
13	        Erin Magagna

DECLARATION OF MAGAGNA IN OPPOSITION TO PRELIMINARY INJUNCTION
*SFALMI v. PRESIDIO TRUST* C 07-5170 EDL                                                                          -5-