# EXHIBIT B



August 28, 2006

Dr. Jeannie Tsai
San Francisco Aesthetics & Laser Medicine
5 Funston Street
San Francisco, CA 94129

Dr. Tsai,

Upon your move in to 5 Funston Street Commencement Agreement documents were submitted to San Francisco Aesthetics & Laser Medicine for execution. As of today's date I have not received these documents back, therefore this letter will clarify the Trust's understanding of important dates as they pertain to your Lease.

1. **Premises Delivery Date:** January 13, 2006 (based on walkthrough and turn over of suite keys)

2. **Commencement Date:** January 15, 2006

3. **Expiration Date:** January 14, 2008

4. **Rent Commencement Date:** January 15, 2006

5. **SDC Commencement Date:** January 15, 2006.

6. **Acceptance of Tenant Space:** Tenant accepts the Premises in accordance with the terms of the Lease and acknowledges and agrees that Landlord has no further obligation and has delivered said Premises in the condition which is required to be delivered pursuant to the Lease.

7. **Permitted Use:** Office and Medical Spa

I can be reached at 561-2440 if you believe that any of the above information is incorrect, please let me know and we can discuss your findings.

Sincerely,

Danielle McKinney
Senior Real Estate Manager
CB Richard Ellis
The Presidio

CC:   Erin Magagna – Trust Real Estate