# EXHIBIT D

**CBRE**
CB RICHARD ELLIS

March 23, 2007

The Presidio
103 Montgomery Street
PO Box 29546
San Francisco, CA 94129

415 561 2449 Tel
415-561-2443 Fax

www.cbre.com

Dr. Jeannie Tsai
San Francisco Aesthetics
5 Funston Avenue
San Francisco, CA 94129

RE: Building 5 Concerns

Dr. Tsai,

I am in receipt of two letters dated March 15th. Below I address issues that have not already been discussed.

Move-in Check list:

Chimney: A roofing technician was dispatched to your building 11/15/06 and a painter on 11/16/06. After this work was completed no further works orders were called in, but if this remains a problem, please contact the work order desk at 561-2442 to arrange to have the work scheduled. (Addressed in 1/8/07 letter)

Lock Strike Plate: The work order desk has not received a request from your offices to complete this work. (Addressed in 1/8/07 letter)

Utility Room: Leaks in the Basement area were addressed March 19th when they were brought to the attention of the work order desk. They also returned March 20th to verify that their work resolved this issue. If you see these leaks again, please contact the work order desk directly.

Fire Alarm Housing/Life Safety: The alarm pull stations that you reference were not installed in the kitchen due to the placement of a refrigerator or in the upstairs bathroom due to your stated desire to use the shower; however the housings were left in place to be used in the future. Per your request, I have placed a work order to have blank face plates installed to cover the wiring.

Leaks in the Life Safety Piping: A work order has been placed to review this item.

Electrical Outlet in 1st Floor Bathroom: A work order has been placed to review this issue, but until the electrician can determine what has caused this problem, I can not say whether this will be billable or not.

Misc. Painting: A work order has been placed to paint the bare drywall on the 1st floor, the bare drywall in the 2nd floor bathroom, the lighting fixture patch on your porch, as well as the strapping marks in your laundry room. They will also attempt to see if the window in the kitchen closet can be made operable.

As to the remaining items, other than the construction that was agreed to during your lease negotiation your space was accepted "as is" and items that you have outlined to my knowledge were not part of that original process. If you would like to have the Trust address the items that you have documented, we would be happy to arrange a cost estimate for you to have the work completed.

Utility Billing:
The billing that you reference was sent from the Trust Utility Department in error. Per a fax between yourself and Neena Sessa on January 22, 2007 this issue has been resolved. We have however asked her to send you written notification for your files.

Utility Closet:
The Trust has determined from building drawings that the closet in question totals 15.5 square feet and they are in the process of creating an amendment to your Lease to address the change in square footage. Upon execution by both parties CB Richard Ellis will adjust your account accordingly.

As to your interest in exercising options, per the terms of your Lease this notice period does not open until mid-April. I have however forwarded the information to the Trust Leasing Department and someone will be in touch with you to discuss an extension and new market rates.

Sincerely,

Danielle McKinney
Senior Real Estate Manager
CB Richard Ellis
The Presidio

Cc:   Erin Magagna – Trust Real Estate
      Elena Anaya – Trust Real Estate