# EXHIBIT E



April 10, 2007

VIA FACSIMILE (309) 285-3054
AND US POSTAL SERVICE MAIL

Dr. Jeannie Tsai
Presidio Laser Medicine
5B Funston Avenue
San Francisco, CA 94129

SUBJECT:   Exercising One Year Option to Extend Lease
           5B Funston Avenue
           Option Period – January 15, 2008 through January 14, 2009

Dear Dr. Tsai:

Please call me at your earliest convenience to discuss the fair market rent for the option period per Article 36 of the lease between SF Aesthetics and Laser Medicine and the Presidio Trust dated December 16, 2005. The 90-day period to reach a mutual agreement is effective as of March 15, 2007, the date we received your letter.

I have yet to receive a response to the two voice messages (April 5th and April 9th) and one email (April 6th) requesting a meeting.

Thank you for your attention to this request and I look forward to meeting with you soon.

Sincerely,

M Elena Anaya
Real Estate Agent


cc:   Adam Engelskirchen
      Erin Magagna
      Danielle McKinney, CBRE


34 Graham Street, Post Office Box 29052, San Francisco, California 94129-0052
415/561-5300    Fax 561-5315    presidio@presidiotrust.gov