# EXHIBIT   F

Apr 19 07 08:56a          1                                              p.2

Dr. Jeannie Tsai, M.D.
Presidio Laser Medicine
The Presidio
5 Funston Ave, Suite B
San Francisco, CA 94129


April 19, 2007

Danielle McKinney
CBRE
103 Montgomery Street
San Francisco, CA 94129


BY FAX AND USPS MAIL

Dear Danielle,

I have received a myriad of correspondence from you and M. Elena Anaya in the last week regarding my informal March 15, 2007 letter querying the lease renewal process.

As the Presidio Trust and CB Richard Ellis have produced contrary yet incorrect lease interpretations, I thought it would be prudent to lay out the facts of the lease for everyone involved.

**Article 36 C) Option To Extend Term**
According to Article 36 C) of the lease "Option to Extend Term"
"*Tenant shall exercise an Option, if at all, by giving written notice of its exercise thereof (the "Exercise Notice") to Landlord not more than two hundred seventy (270) days nor less than one hundred eighty (180) days prior to the expiration of the initial or first extended Term.*"

**Notice of Option to Extend has Not Yet Been Exercised**
My March 15, 2007 letter to you stated:
> "I am interested in exercising the option to extend the lease on this property. Please contact me regarding this matter and the requirements to extend."

This informal letter was merely a query on the general lease renewal process, and was clearly not an 'exercise of option to extend term' within the allowable notice period.

Danielle McKinney's, March 23, 2007 letter states:
> "*As to your interest in exercising options, per the terms of your Lease this notice period does not open until mid-April. I have however forwarded the information to The Trust Leasing Department and someone will be in touch with you to discuss an extension and new market rates.*"

M. Elena Anaya's April 10, 2007 letter from states:
> "The 90-day period to reach a mutual agreement is effective as of March 15, 2007, the date we received your letter
>
> I have yet to receive a response to the two voice messages (April 5th and April 9th) and one email (April 6th) requesting a meeting.

Ms. Anaya is incorrect, the 90-day period to reach mutual agreement is neither in effect, nor counting as of March 15, 2007, and while I am aware the 90-day period is rarely if ever enforced, it is clearly not applicable in this instance.

M. Elena Anaya's April 18, 2007 letter from states:
> "This letter will also acknowledge that you rescind your request to exercise your option to extend your lease as indicated in your letter of March 15, 2007.

Contrary to Ms. Anaya's letter, the option to extend the lease is irrevocable once it has been exercised, should it have been exercised, but the fact remains that **I have neither exercised nor rescinded my option to extend term.**

The lease spells out a clearly defined timeframe of between two hundred seventy days and one hundred eighty days prior to the expiration of the initial term (January 15, 2008) that spans the time period April 20, 2007 to July 19, 2007 in which such activity is to occur and that time frame has not yet been reached.

I will contact you in writing in the future if I decide to exercise this option at any time during that timeframe.

### Unconditional Release of Liability Request for Illegal Taking of Front Coat Closet

I have received two letters from Danielle McKinney requesting that I sign an unconditional release of liability and amendment to the terms of the lease regarding CB Richard Ellis's illegal taking of the usable space of the front coat closet on January 19, 2007.

This action was at the least an illegal constructive eviction and probably an illegal partial actual eviction, and to this day the quiet enjoyment of my business rental has been severely diminished, as it is the only coat closet on the entire floor and every single patient that visits me is forced to disrobe and fold their clothes versus hanging them in a closet.

Your April 10, 2007 letter lists the stated purpose of the closet taking as "to enclose the life safety panel for Building 5 Funston", but in reality, life safety panel (fire alarm) has always been in a locked steel housing since move in and in the only emergency since your locking of this closet, on February 28, 2007 the Presidio Fire Department was completely unable to access the fire alarm and it rang unabated for nearly 48 hours straight.

Apr 19 07 08:57a                                                1                                    p.4

You have previously stated multiple times that all multi-tenant buildings have locked fire alarm housings, but have ignored my repeated (March 1, 2007 and March 15, 2007) written requests for this information and completely failed to produce any supporting documentation.

Ms. McKinney's letters strongly indicate that the Presidio Trust intends to make my releasing the Presidio Trust from liability regarding their illegal taking of my front closet a pre-condition of any eventual lease renewal.

**If this is not the Presidio Trust's intention, please explicitly state so.** I strongly suspect you will attempt to ignore that statement in your response. Please do not.

The primary reason for having a lease document is to make obvious what property I am renting for what duration and amount. The usable space that I rent clearly includes/included the front coat closet and the Presidio Trust and CB Richard Ellis are obviously violating the lease.

I will not release the Presidio Trust from this taking of my lawfully rented property, and the entire value of the rental property has been severely reduced by the elimination of the coat closet.

I reserve any and all rights to act on this partial actual eviction at any time.

**Thank You for Fixing Leaking Boiler One Year After Written Notice**
Finally, thank you for fixing the leaking boiler in the basement last month. I first notified you in writing of this problem on April 4, 2006, more than a year ago, and it was never inspected or repaired prior to this month. I continue to reserve all rights to submit my final claim for damages related to the leaking boiler at any time.

**As Always, Please Do Not Send Me Email**
I am not a habitual email user and have advised the Trust in writing of this at least 10 times. Please do not send me email as I check it less than once every thirty days and am aware that the free email box I use is notorious for filtering out legitimate mail. Email sent to me will typically not be received, read, opened nor responded to by myself.

In order to alleviate any further confusion in this process and it has become obvious to me that any further communications on this matter should be only in writing.

Regards,

*[signature]*

Dr. Jeannie Tsai