# EXHIBIT G



May 16, 2007

Dr. Jeannie Tsai, MD
Presidio Laser Medicine
5B Funston Avenue
San Francisco, CA 94129

Re:   San Francisco Aesthetics Lease, Building 5B

Dear Dr. Tsai,

This letter is in response to your April 19, 2007 letter, addressed to Danielle McKinney at CBRE.

**Option to Extend:** We understand that you have not formally exercised your option to extend your Lease. As stated in your letter, you may trigger this option anytime between 270 days before your lease expiration, but not less than 180 days prior to the Lease expiration. The 90-day negotiation period will begin if and when you exercise your option, formally, in writing to the Trust.

If you choose to exercise your option, please forward a letter to my attention prior to the end of the notice period. This will then be forwarded to our leasing department to commence lease negotiations.

**Unconditional Release of Liability Request:**   On January 8, 2007 the Trust sent a letter to you offering a base rent credit of $253.74 to settle your claim with reference to utility downtime in the Spring of 2006. This offer had an expiration date of January 22, 2006 and was not effective unless a release form was signed and delivered by both the Trust and SF Aesthetics. This is the only request from the Trust or CB for an unconditional release of liability.

**Life Safety Panel in Front Closet:**   CBRE sent you a letter dated April 10, 2007 stating that the downstairs closet in your leased space was locked to enclose the life safety panel for Building 5. The letter explained that we intended to amend your total square footage and associated rent, provided that you countersign the letter. As previously explained, this area was inadvertently keyed incorrectly during the final construction stages and should be accessible only to licensed life safety personnel.

As you know, this life safety panel, that is the sole panel for all of Building 5, was previously taken off line, subjecting the building and the occupants to unnecessary risks. We cannot ensure that this will not happen again, unless the panel is fully secure and only accessible to the Trust and the Presidio Fire Department. In order to fully secure this panel, the closet where it is located was locked under a separate key.

Thus, this action is not an illegal constructive eviction, nor it is a partial eviction.

However, as you know, the Trust is reviewing the possibility of enclosing the panel by building a structure around the panel that would leave part of the existing closet for your use. If this sub-enclosure does not work, the Trust will have no other option but to continue to have the closet locked and accessible to licensed personnel only.

Sincerely,

Erin Magagna
Non-Residential Property Manager
415-561-5372

cc:   A. Engelskirchen
      D. McKinney