# EXHIBIT H

Case 3:07-cv-05170-EDL     Document 10-10     Filed 11/27/2007     Page 1 of 2

Jeannie Tsai, MD
5 Funston Ave, Suite B
San Francisco, CA 94129

July 19, 2007

Danielle McKinney
CBRE
103 Montgomery Street
San Francisco, CA 94129

**NOTICE OF EXERCISE OF LEASE OPTION:**

I elect to exercise the option to extend the lease agreement as provided in Article 36 of our lease agreement, dated December 15, 2005, for an additional period of one year, commencing on January 15, 2008, and terminating on January 15, 2009.

I request that you send me a written reply acknowledging receipt of this renewal notice.

Sincerely,

*[signature]*

Jeannie Tsai