# EXHIBIT    I



**CB RICHARD ELLIS**

The Presidio
103 Montgomery Street
PO Box 29546
San Francisco, CA 94129

August 8 2007

VIA FACSIMILE (303) 285-3054
AND US POSTAL SERVICE-MAIL

415.291.2424 Tel
415.291.2425 Fax

www.cbre.com

Dr. Jeannie Tsai
San Francisco Aesthetics
5B Funston Avenue
San Francisco, CA 94129

SUBJECT:    One Year Option to Extend Lease
5B Funston Avenue

Dear Dr. Tsai:

I am in receipt of your letter dated July 19, 2007 requesting to exercise an option to extend the term of your lease for one year, per Article 36 of the Lease between San Francisco Aesthetics and Laser Medicine, Inc. and the Presidio Trust dated December 16, 2005. The Lease expressly sets out the parameters by which this Option may be exercised, and pursuant to these, your option expired prior to the proper delivery of your notice for the following reasons:

- Delivery was made after July 18, 2007 which was the last day for delivery of the Exercise Notice.

- The Exercise Notice was not delivered to Landlord at 34 Graham Street as set forth as Landlord's Address for Notice in the Basic Lease Information.

Therefore the original terms of your Lease will remain in effect with an expiration date of January 14, 2008. I ask that you review Article 20 of your lease and please make arrangements to return the premises on such date to Landlord in accordance with these terms.

Sincerely,

Danielle McKinney
Senior Real Estate Manager
CB Richard Ellis
The Presidio

Cc:    Jeff Deis – Chief Operating Officer
       Adam Engelskirchen – Director of Real Estate
       Michael Fassler – Associate Director of Real Estate
       Karen Cook – Trust General Counsel
       Erin Magagna – Non-Residential Property Manager
       Elena Anaya – Trust Real Estate