```
1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   CHARLES M. O'CONNOR (SBN 56320)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:   (415) 436-7180
6       Facsimile:   (415) 436-6748
        Email:       charles.oconnor@usdoj.gov
7
    Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC. <br><br> Plaintiff, <br><br> v. <br><br> THE PRESIDIO TRUST, <br><br> Defendant. | No. C 07-5170 EDL <br><br> **DECLARATION OF DANIELLE McKINNEY IN SUPPORT OF PRESIDIO TRUST'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: December 18, 2007 <br> Time: 9:00 a.m. <br> Ctrm: E, 15th Floor |

I, Danielle McKinney, declare as follows:

1. I am the Senior Real Estate Manager for CB Richard Ellis ("CBRE"). CBRE is a contractor retained by the Presidio Trust, Presidio of San Francisco. I have held this position since March 17, 2005. As a part of my duties, I am familiar with the business entity known as the San Francisco Aesthetics and Laser Medicine, Incorporated ("SFALMI"or "Plaintiff") and its lease of real property administered by the Trust. I make this declaration in support of the Defendant's papers filed in opposition to SFALMI's motion for preliminary injunction ("Motion").

2. I have reviewed and am familiar with the papers filed in above-captioned case in support of SFALMI's Motion, including the lease of Trust property held by SFALMI, which commenced on January 15, 2006 ("Lease"). SFALMI failed to exercise its option to extend its

1  lease for one year and is obligated under the Lease to vacate the premises it occupies not later
2  that January 14, 2008.

3      3. In support of its Motion, SFALMI submitted the Declaration of Dr. Jeannie Tsai.  I
4  have read Dr. Tsai's Declaration and disagree with the allegations and accusations she makes
5  about me and my treatment of her during the tenancy of SFALMI.  I deny each and every
6  statement she makes regarding biased or unfair treatment of her or SFALMI.  I treated Dr. Tsai
7  and SFALMI with professional courtesy as I do all of the commercial tenants with whom I
8  interact.  As with all such tenants, my responsibility is to manage and administer the occupancy
9  of SFALMI in accordance with its Lease and the rules established by the Presidio Trust for all
10 commercial tenants.  I have carried out that responsibility in dealing with the SFALMI
11 occupancy.

12     4. It is not part of my responsibility to provide legal or other professional advice to
13 tenants such as SFALMI or Dr. Tsai.  Therefore, I have refrained from debating the finer points
14 of the Lease and other subjects which Dr. Tsai included in several of her letters to CBRE.
15 However, with respect to her questions and indications that she intended to exercise SFALMI's
16 option to extend its lease of 5B Funston Avenue, I consistently directed her to the Presidio
17 Trust's Real Estate Office, pursuant to the terms of the SFALMI's Lease.

18     5. In paragraph 15 of her Declaration, Dr. Tsai says "[l]ate on the evening of 18 July
19 2007 I faxed a copy of my Notice of Exercise of Lease Option to Ms. McKinney."  A true and
20 accurate copy of that faxed copy of Dr. Tsai's letter, dated July 19, 2007, is attached as Exhibit H
21 to the Declaration of Erin Magagna, filed herein.  The fax machine's imprint of the date and
22 time received, "Jul 19 07 12:28a," can be seen in the upper left corner of Dr. Tsai's letter.  This
23 serves to confirm that no notice of the exercise of the option was received at my office until July
24 19, 2007, one day after the option expired.

25     I declare under penalty of perjury that the foregoing is true and correct.  Signed
26 this 27th day of November, 2007 at San Francisco, California.

27     /s/
28     DANIELLE McKINNEY

**DECLARATION OF McKINNEY IN OPPOSITION TO PRELIMINARY INJUNCTION**
*SFALMI v. PRESIDIO TRUST* C 07-5170 EDL                                                                                    -2-