```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  CHARLES M. O'CONNOR (SBN 56320)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, 9th Floor
 5      San Francisco, California 94102-3495
        Telephone:  (415) 436-7180
 6      Facsimile:  (415) 436-6748
        Email:      charles.oconnor@usdoj.gov
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE PRESIDIO TRUST,<br><br>Defendant. | No. C 07-5170 EDL<br><br>**DECLARATION OF MICHAEL FASSLER IN SUPPORT OF PRESIDIO TRUST'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  December 18, 2007<br>Time:  9:00 a.m.<br>Ctrm:  E, 15th Floor |

I, Michael Fassler, declare as follows:

1. I am the Associate Director of Real Estate, Presidio Trust, Presidio of San Francisco. I have held this position since on or about June 11, 2007. From April 17, 2006 until June 11, 2007, I served as Assistant General Counsel of Real Estate Leasing for the Presidio Trust. As a part of my duties in those positions, I am familiar with the business entity known as the San Francisco Aesthetics and Laser Medicine, Incorporated ("SFALMI"or "Plaintiff") and its lease of real property administered by the Presidio Trust ("Trust"). I make this declaration in support of the Defendant's papers filed in opposition to SFALMI's motion for preliminary injunction ("Motion").

2. I have reviewed and am familiar with the papers filed in above-captioned case in support of SFALMI's Motion, including the lease of Presidio Trust property to SFALMI, the

1  term of which commenced on January 15, 2006 ("Lease"). SFALMI failed to exercise its option
2  to extend its lease for one year and is obligated under the Lease to vacate the premises it occupies
3  not later than January 14, 2008.

4      3. SFALMI's lawsuit seeks to force the Trust to extend the occupancy of 5B Funston
5  Avenue by SFALMI, notwithstanding its failure to exercise its option. If SFALMI fails to
6  vacate those premises on or before January 14, 2008, its status under the Lease will be that of a
7  holdover tenant and subject to an ejectment action brought by the Trust. Also, as a holdover
8  tenant, Article 21 of Lease obligates SFALMI to pay rent equal to 150% of the applicable rate
9  provided by the Lease.

10     4. SFALMI is currently paying \$24.83/sq. ft. for its space at 5B Funston Avenue. The
11 market rate for comparable space, and the rate at which the Trust would consider "market rate"
12 and charge a new tenant for 5B Funston Avenue would be \$43.00/sq. ft. That rate is higher than
13 the rate that the Trust would get from SFALMI, as a holdover tenant under the Lease (150% x
14 \$24.83 = \$37.25). Therefore, the Trust will lose substantial revenue as a result of SFALMI's
15 failure to vacate 5B Funston Avenue and remain as a holdover tenant.

16     5. The Trust has been and continues to be harmed by SFALMI's refusal to honor the
17 terms of its Lease and begin the process of vacating the premises on or before January 14, 2008
18 because it has been prevented from showing the premises to prospective new commercial
19 tenants. Under ordinary circumstances, and if SFALMI had not filed its lawsuit, the Trust would
20 have begun showing the premises at 5B Funston Avenue to prospective tenants four to five
21 months before the expiration of the SFALMI Lease. This delay created by SFALMI's refusal to
22 leave potentially could result in several months of vacancy while the Trust markets the premises.

23     6. In addition, the Trust cannot negotiate another lease agreement with respect to 5B
24 Funston Avenue or even show the premises to prospective tenants, so long as SFALMI remains
25 in the premises. As a result of the circumstances created by SFALMI, the Trust remains
26 //
27 //
28 //

DECLARATION OF FASSLER IN OPPOSITION TO PRELIMINARY INJUNCTION
*SFALMI v. PRESIDIO TRUST* C 07-5170 EDL     -2-

vulnerable to downturns in the real estate market that could affect the long-term rate that it can obtain when SFALMI finally does vacate the premises.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 27th day of November, 2007, at San Francisco, California.

*[signature]*
MICHAEL FASSLER
**DECLARATION OF FASSLER IN OPPOSITION TO PRELIMINARY INJUNCTION**
*SFALMI v. PRESIDIO TRUST* C 07-5170 EDL

-3-