1   SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
2   JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3   CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:    (415) 436-7180
6       Facsimile:    (415) 436-6748
        Email:        charles.oconnor@usdoj.gov
7
Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
SAN FRANCISCO AESTHETICS AND    )    No. C 07-5170 EDL
12  LASER MEDICINE, INC.         )
                                 )
13                    Plaintiff, )    **ORDER DENYING MOTION FOR**
                                 )    **PRELIMINARY INJUNCTION**
14              v.               )
                                 )       (Proposed)
15  THE PRESIDIO TRUST,          )
                                 )
16                    Defendant. )
                                 )
17
18
19          This matter came on regularly for hearing of the plaintiff's motion for a preliminary

20  injunction to allow the plaintiff to remain in the subject office suite as a holdover tenant, during

21  the pendency of this action, and the Court having reviewed all the pleadings and papers

22  submitted, heard the arguments of counsel, and being fully informed in the premises,

23          IT IS HEREBY ORDERED, that the motion for preliminary injunction is denied.

24
Dated: November 27, 2007
25                                          _____
                                            ELIZABETH D. LAPORTE
26                                          U.S. Magistrate Judge
27
28