SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-7180
Facsimile:   (415) 436-6748
Email: charles.oconnor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC. <br><br>        Plaintiff, <br><br>   v. <br><br> THE PRESIDIO TRUST, <br><br>        Defendant. | No. C 07-5170 EDL <br><br> **TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION <u>FOR PRELIMINARY INJUNCTION</u>** <br><br> Date:  December 18, 2007 <br> Time:  9:00 a.m. <br> Ctrm:  E, 15th Floor |

TABLE OF CONTENTS

ISSUES TO BE DECIDED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF RELEVANT FACTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STANDARD FOR PRELIMINARY INJUNCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    I.  PLAINTIFF FAILED TO SHOW A LIKELIHOOD OF SUCCESS ON THE MERITS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

        A.  Plaintiff Did Not Exercise the Option in Accordance with the Lease Requirements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

        B.  Trust is Not Estopped From Citing SFALMI's Failure to Properly Exercise the Option. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

        C.  The Trust Did Not Violate the Covenant of Good Faith and Fair Dealing. . . 10

    II.  PLAINTIFF HAS NOT PROVED A THREAT OF IRREPARABLE HARM. . . . . . 12

    III. THE BALANCE OF HARM COMPONENT FAVORS THE TRUST. . . . . . . . . . . 14

    IV. THE PUBLIC INTEREST CALLS FOR DENIAL OF PRELIMINARY INJUNCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

# TABLE OF AUTHORITIES

## FEDERAL CASES

*American Motorcyclist Association v. Watt*,
  714 F.2d 962 (9th Cir. 1983). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Arcamuzi v. Continental Air Lines, Inc.*,
  819 F.2d 935 (9th Cir. 1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Carrillo v. United States*,
  5 F.3d 1302 (9th Cir. 1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Chicago, R.I. & P.R. Co, v. McGlinn*,
  114 U.S. 542 (1885). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Federal Crop Insurance Corp. v. Merrill*,
  332 U.S. 380 (1947). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Fund for Animals, Inc. v. Lujan*,
  962 F.2d 1391 (9th Cir. 1992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*INS v. Hibi*,
  414 U.S. 5 (1973). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*James Stewart & Co., v. Sadrakula*,
  309 U.S. 94 (1940). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4

*Landi v. Phelps*,
  740 F.2d 710 (9th Cir. 1984). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Marsu, B.V. v. The Walt Disney Co.*,
  185 F.3d 932 (9th Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*Mazurek v. Armstrong*,
  117 S. Ct. 1865 (1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Metropolitan Publishing, Ltd. V. San Jose Mercury News*,
  987 F.2d 637 (9th Cir. 1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Morgan v. Heckler*,
  779 F.2d 544 (9th Cir. 1985). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Office of Personnel Management v. Richmond*,
  496 U.S. 414 (1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Paul v. United States*,
  371 U.S. 245 (1963). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Pauly v. U.S. Department of Agricultural*,
  348 F.3d 1143 (9th Cir. 2003). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*REW Enterprises, Inc. v. Premier Bank, N.A.*,
     49 F.3d 163 (5th Cir. 1995).................................................... 7

*Rizzo v. Goode*,
     423 U.S. 362 (1976)........................................................ 3

*Stanley v. University of Southern California*,
     13 F.3d 1313 (9th Cir. 1994)................................................. 3

*State of Alaska v. Native Village of Venetie*,
     856 F.2d 1384 (9th Cir. 1988)................................................ 2, 3

*Stiefel v. Bechtel Corp.*,
     497 F. Supp. 2d 1138 (S.D. Cal. 2007)......................................... 4

*Swords to Plowshares v. Kemp*,
     423 F. Supp. 2d 1031 (N.D. Cal. 2005)......................................... 3, 4, 8

*United States v. Hemmen*,
     51 F.3d 883 (9th Cir. 1995).................................................. 9

*United States v. Ruby Co.*,
     588 F.2d 697 (9th Cir. 1978)................................................. 9

*Weinberger v. Romero-Barcelo*,
     456 U.S. 305 (1982)......................................................... 3

*Westlands Water District v. Natural Resources Defense Council*,
     43 F.3d 457 (9th Cir. 1994).................................................. 3

**STATE CASES**

*April Enterprises, Inc. v. KTTV*,
     147 Cal. App. 3d 805 (1983).................................................. 11

*Bekins Moving & Storage Co. v. Prudential Insurance Co. of America*,
     176 Cal. App. 3d 245 (1985).................................................. 5, 6, 7

*City of Fresno v. Fresno Canal & Irr. Co.*,
     32 P. 943 (1893)............................................................ 8

*City of Los Angeles v. Cohn*,
     35 P. 1002 (1894)........................................................... 8, 9, 10

*Foley v. Interactive Data Corp.*,
     765 P.2d 373 (1988)......................................................... 11

*Gans v. Smull*,
     4 Cal. Rptr. 3d 353 (2003).................................................... 5

*Kaliterna v. Wright*,
     212 P.2d 32 (1949).......................................................... 7, 8

*Lippman v. Sears, Roebuck & Co.*,
     280 P.2d 775 (1955)......................................................... 10, 11, 15

**TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR DEFENDANT'S MEMO IN OPPOSITION TO PRELIMINARY INJUNCTION**
*SFALMI v. PRESIDIO TRUST* C 07-5170 EDL        iii

*Mersnick v. U.S. Protect Corp.*,
    WL 3734396 (N.D. Cal. Dec. 18, 2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Robertson v. Drew*,
    34 Cal. App. 143 (1917). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*Simons v. Young*,
    93 Cal. App. 3d 170 (1979). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8

Streicher v. Heimburge,
    272 P.290 (1928). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Wood v. Blaney*,
    40 P. 428 (1895).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

## FEDERAL STATUTES

16 U.S.C. §460bb.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5

## FEDERAL RULES

Fed. R. Civ. P... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

## STATE RULES

California Code of Civil Procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

## MISCELLANEOUS

1 David McAdam, *Rights, Remedies and Liabilities of Landlord and Tenant* 178 (1876). . . . . . 6

*David K. Thompson, Note, Equitable Estoppel of the Government,* 79 Colum. L. Rev. 551,
    551 (1979). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7