1   STEPHEN KENT ROSE
    Attorney at Law
2   Post Office Box 2400
    Sausalito, California 94966
3   State Bar Number 77941
    415.332.6000
4
    Attorney for Plaintiff
5   San Francisco Aesthetics and Laser Medicine, Inc.

6

7

8                  UNITED STATES DISTRICT COURT FOR THE

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  San Francisco Aesthetics and Laser Medicine,
    Inc,                                            No.  C07-5170 EDL
12                              Plaintiff,
                                                    CONSENT TO PROCEED BEFORE A
13  vs.                                             UNITED STATES MAGISTRATE JUDGE

14
    The Presidio Trust,
15  _____ Defendant./

16        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

17         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the

18  above captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge

19  conduct any and all further proceedings in this case, including trial, and order the entry of a final

20  judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the

21  Ninth Circuit.

22

23

24

25  Dated:  29 November 20007                          /s/
                                                 _____
                                                 Stephen Kent Rose
26                                               Attorney for Plaintiff
                                                 San Francisco Aesthetics and Laser Medicine, Inc.
27

28