SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7180
    Facsimile:   (415) 436-6748
    Email:      charles.oconnor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC. | ) ) ) ) ) ) ) ) ) ) ) | No. C 07-5170 EDL<br><br>**CONSENT TO PROCEED<br>BEFORE A UNITED STATES<br>MAGISTRATE JUDGE** |
| Plaintiff, | | |
| v. | | |
| THE PRESIDIO TRUST, | | |
| Defendant. | | |

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil action hereby voluntarily consents to have a United States Magistrate Judge conduct any and all proceedings in the case, including trial, and order entry of judgment in the above captioned case.

DATED: November 30, 2007        SCOTT S. SCHOOLS
                                          United States Attorney

                                          /s/
                                        _____
                                        CHARLES M. O'CONNOR
                                        Assistant United States Attorney

                                        Counsel for United States of America