1  STEPHEN KENT ROSE
   Attorney at Law
2  Post Office Box 2400
   Sausalito, California 94966
3  California State Bar Number 77941
   415.332.6000
4
   Attorney for Plaintiff
5  San Francisco Aesthetics and Laser Medicine, Incorporated

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 San Francisco Aesthetics and Laser Medicine,
   Incorporated,                                   Civil Action No. 07 5170 EDL
13                        Plaintiff,
                                                   REPLY DECLARATION OF JEANNIE TSAI, M.D.,
14 vs.                                             IN SUPPORT OF MOTION FOR PRELIMINARY
                                                   INJUNCTION
15
   The Presidio Trust,                             Date:     18 December 2007
16                        Defendant./              Time:     9:00 a.m.
                                                   Place:    Courtroom E, 15th Floor
17                                                 Judge:    Elizabeth D. LaPort

18                                                 Complaint Filed:    9 October 2007

19

20        I, Jeannie Tsai, M.D., say that:

21

22        1.    I received several letters during my first year at the Presidio from both Erin Magagna of

23 the Presidio Trust and Danielle McKinney of CBRE criticizing and reprimanding me for delivering my

24 lease payments directly to the Trust at 34 Graham Street. Ms Mc Kinney and Ms. Magagna insisted that

25 my payments be delivered to CBRE across the parking lot at 103 Montgomery Street.  These letters

26 contributed to my belief that my notice of exercise of my option to extend the term of my lease was

27 supposed to be delivered to Danielle McKinney at CBRE.  True and correct copies of four of these letters

28 are attached hereto as Exhibits 13 a through 13 d.

1      2.    Defendant Presidio Trust treated my letter of 15 March 2007 to Danielle McKinney at
2  CBRE as a valid exercise of my option to extend the term of my lease. Attached hereto as Exhibit 14 is a
3  true and correct copy of a letter I received from defendant Presidio Trust's real estate agent
4  acknowledging that I had rescinded the 15 March 2007 "exercise" of my option. Although I hadn't
5  actually attempted to exercise my option this and the letters attached to my first declaration as Exhibits 4,
6  5, and 7 affirmatively misled me into the belief that my Notice of Exercise of Lease Option was supposed
7  to be delivered to Danielle McKinney at CBRE.
8
9      3.    My medical practice is known as Presidio Laser Medicine.  The Presidio Trust leasing
10 agent approved my use of the name Presidio Laser Medicine in 2005 before I moved in.  Although the
11 name of my corporation is San Francisco Aesthetics and Laser Medicine, Incorporated, I refer to my
12 practice as Presidio Laser Medicine and that is the name by which my medical practice is known by my
13 patients and the general public.  I have registered the name Presidio Laser Medicine with the Medical
14 Board of California.  I use the name Presidio Laser Medicine in my promotional materials and when I
15 answer the telephone.  The URL of my website is presidiolaser.com.  If I am forced to leave the Presidio
16 prematurely it will devalue the goodwill I have established over the last two years in the name Presidio
17 Laser Medicine.  Attached hereto as Exhibit 15 is a true and correct copy of my business card using the
18 name Presidio Laser Medicine. Attached hereto as Exhibit 16 is a true and correct copy of an email sent to
19 me by the Presidio Trust advising me that the Presidio Trust's General Counsel had approved my use of
20 the word Presidio in my business name.
21
22     4.    There are several inaccuracies in the Declarations of Danielle Mc Kinney and Erin
23 Magagna.  Both declarations are misleading in referring to CBRE as a merely a "contractor" of the
24 Presidio Trust.  This reference minimizes the pervasive role of CBRE in managing every aspect of the
25 Presidio Trust's commercial leases.
26
27     5.    Neither Danielle McKinney, nor Erin Magagna ever told me that my notice of exercise of
28 my option should be delivered to 34 Graham Street or to a Presidio Trust employee.  Ms. Mc Kinney

certainly never "directed" me to the Presidio Trust's leasing office. To the contrary, Ms. McKinney told me in her letter of 23 March 2007, Exhibit 4, that she herself had "forwarded" my inquiry to the Trust and I concluded from her statement that the correct procedure was for me to deliver my notice directly to Ms. McKinney.

6. Similarly, Erin Magagna never "instructed" me to deliver my notice directly to her or to anyone else at the Trust. In her letter of 16 May 2007, Exhibit 7, Ms. Magagna advised me to "forward" a letter to her attention which she would then "forward" to the leasing department.  Ms. Magagna thus affirmatively misled me to believe that forwarding my notice through Ms. Mc Kinney, as I had done before, was the correct procedure.  Further, in referring to my letter, ("As stated in your letter") Ms. Magagna also validated my understanding that I had until 19 July 2007 to exercise my option.

7. Michael Fassler's assertion that the market value of my medical office is $43.00 per square foot per year is greatly exaggerated.  Several of the buildings on my street have been recently leased for terms extending between 2 and 5 years into the future for amounts in the range of $24.00 through $27.00 per square foot per year.

8. I have never prevented Defendant from showing my premises to any prospective new tenant.  In a letter of 26 September 2007, Exhibit 12,  Presidio Trust Director of Real Estate  Adam Engleskirchen advised me that the Trust planned to show the premises to prospective tenants on 48 hours notice.  To date no one from the Trust has inquired about showing the premises.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on 4 December 2007 at San Francisco, California.

                                                          /s/
                                          Jeannie Tsai, M.D.