

June 15, 2006

**Sent via fax and regular mail:** (309) 285-3054

Dr. Jeannie Tsai, MD
Presidio Laser Medicine
5B Funston Avenue
San Francisco, CA 94129

Re:   SF Aesthetics Lease, Building 5B

Dear Dr. Tsai,

This letter is a follow up to the issues surrounding your lease at Building 5B in the Presidio. As noted below, I would like to have the opportunity to meet with you at your convenience so that we may go over the issues in person.

**Monthly Payments:** I understand that you are sending your monthly rent checks directly to the Trust, Accounts Payable department. Please be aware that all checks pertaining to your lease, including the monthly rent, SDC and work order checks, must be sent directly to CB Richard Ellis for proper processing. There address is as follows:

*CB Richard Ellis*
*P.O. Box 29546*
*San Francisco, CA 94129*

However, please note that the checks should still be payable to **The Presidio Trust**.

**Work orders:** On May 16, 2006 I faxed you a list of active work orders for your offices. There were three projects listed: Fire alarm, fire extinguisher and front door repair. As I explained, although there were four work orders, two of these addressed the same issue. It is my understanding that there are no additional work orders outstanding for your offices. Per your request, I faxed you a floor map of the building. I believe you were going to mark the map to reflect the location of the window that has some wear and tear. Although we cannot replace the window, you wanted to ensure that you were not held accountable for this when your lease terminated. Please know that I have not yet received a map showing the location of this window.

**Gas Leak:** I am in receipt of your May 4, 2006 letter regarding the gas leak and your request for a rent credit. Please know that this claim is under review by our legal department.

**Insurance and Energy efficiency:** Your April 27, 2006 letter regarding insurance coverage also questioned the energy efficiency of Building 5. Although the Trust does not perform energy audits on our buildings, we do however use energy efficiency as a basis for our decision making during a building rehabilitation. Due to the historic nature of the building, it is extremely difficult to perform invasive work ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ilding. However, the Trust makes ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓rs, lighting and

Exhibit 13 a

appliances, are energy efficient. In Building 5 we weather stripped the doors, installed an energy efficient water heater and installed energy efficient lighting. If you would like the Trust to review the area around the windows and doors, I can schedule a walk through with you, me and the building Project Manager, Kelvin Lee. Please contact me if you would like me to set this up.

**Please** know we are now in receipt of a certificate of insurance from your insurance agent, providing the necessary coverage per the terms of your lease. Thank you for helping us clear up this matter.

**Signage:** In response to your letters regarding the use of Windmaster signs on Funston Avenue, I recently met with our Planning Department. During our meeting we discussed signage in general, and the use of Windmaster signs throughout the Park. Based on our discussions and the signage guidelines in place, the Trust is unable to grant SF Aesthetics the approval for use of a Windmaster sign.

As you know, the *"Tenant Sign Standards for Area B of the Presidio of San Francisco"* is the signage guidelines adapted and used by the Presidio Trust. All commercial buildings are granted a free-standing building sign that includes the main tenant's name and the building number.

As also noted in the signage guidelines, there are several Special Sign Districts that have unique signage, such as windmasters and blade signs. These Districts include Ruger, Thornburg, Gorgas and Halleck Street. Funston Avenue is not listed as one of the Special Sign Districts due to its historical sensitivity and because this area was not considered to be a concentration of retail uses. Even if Funston was eventually added as a Special Sign District, the guidelines clearly state that "Retail-type tenants…do not include schools, medical offices or other offices" (p.10). As SF Aesthetics is a medical office use it would not qualify for special signage.

Regarding Windmasters in general, Section 5.7 of the guidelines discusses the use of Long Term Portable Signs (i.e.: Windmaster Signs). As noted, Long Term Portable Signs are typically for cafes that need to list their menus or advertise business hours. Section 11 discusses the waivers or exceptions to the Tenant Sign Standards. As stated in this section, requests will be considered by the Trust "…on a case by case basis and may be approved when it is determined that the requested sign would not adversely affect the Presidio NHLD (National Historical Landmark District) or its contributing features, and would not cause substantial visual impacts either alone or in combination with other signs and landscape elements".

A few exceptional requests have been granted in districts that have been identified as Special Sign Districts. However, as Funston is not a Special Sign District, we cannot grant an exception to the guidelines. We recognize that the YMCA is located partially on Funston and has a windmaster sign. However, please note that the building is set back from the main street, Lincoln. As the free standing sign is so far from the road, the windmaster aids in identifying the building. However, please also know that this sign is under review and will most likely change as part of the upcoming landscape project adjacent to the YMCA.

**Health Inspections:** As you know, the Trust is required to ensure that our tenants are in compliance with all life and health safety issues. All public serving organizations, including cafes, daycare facilities, athletic facilities, are subject to bi-annual health inspections. These inspections are currently performed by the U.S. Department of Health. The inspector recently informed us that the California State Board of Barbering and Cosmetology is responsible for issuing the cosmetology licenses and for ensuring that the licensees are in operation within State

requirements. As such, please provide a copy of a current certificate with the State Board. Please know that we are still inquiring on the need for Trust health inspections on the facility.

Thank you for working with the Trust on these issues. We recognize the importance building maintenance, signage, energy efficiency and most importantly, the ability to communicate effectively with our tenants. Thank you for your patience on these matters.

Sincerely,

Erin Magagna
Non-Residential Property Manager
415-561-5372

cc:   A. Engelskirchen
      D. McKinney



August 1, 2006

Dr. Jeannie Tsai
San Francisco Aesthetics
5 Funston Street
San Francisco, CA 94129

**Non-Residential Rental Payments**

Dr. Tsai,

I am in receipt today of your rental payment for the month of August 2006 that was dropped off at Building 34 Graham Street. Please note that the box that you indicated you would like the check deposited into is reserved for Residential Utility payments. The accounting department that checks this location is completely separate from CB Richard Ellis and the possibility that your check could either be applied incorrectly or not get to our office in a timely manner is significant.

In order to alleviate any delay in our receipt of your payment, I ask that future payments be mailed to the address indicated on the courtesy statement that you receive each month (P.O. Box 29546, San Francisco, CA 94129). If you prefer to hand deliver your payment, our offices are at 103 Montgomery Street, which is located across the Main Post Parking lot behind Building 34 here in the Park.

Thank you in advance for your assistance with this matter.

Sincerely,

Danielle McKinney
Senior Real Estate Manager
CB Richard Ellis
The Presidio

Cc:   Erin Magagna – Non-Residential Property Manager

Exhibit 13 b

**CBRE**
CB RICHARD ELLIS

Asset Services

September 11, 2006

CB Richard Ellis, Inc.
The Presidio
103 Montgomery Street
P.O. Box 29546
San Francisco, CA 94129

Dr. Jeannie Tsai
San Francisco Aesthetics
5 Funston Street
San Francisco, CA 94129

415 561 2449 Tel
415 561 2443 Fax

www.cbre.com

**Non-Residential Rental Payments**

Dr. Tsai,

Despite several requests San Francisco Aesthetics continues to deposit their rental check into the box reserved for Residential Utility payments. As indicated earlier, the accounting department that checks this location is completely separate from CB Richard Ellis the non-residential property managers for the Trust, leaving open the possibility that your check could either be applied incorrectly or not get to our office in a timely manner.

Rent is due in the CB Richard Ellis office by the 5th of each month or it will be considered late. On a going forward basis San Francisco Aesthetics risks being assessed late fees if this deposit location continues to be used and the deposit is not received by us until after the 5th day of the month.

In order to alleviate any delay in our receipt of your payment, I again ask that future payments be mailed to the address indicated on the courtesy statement that you receive each month (P.O. Box 29546, San Francisco, CA 94129). If you prefer to hand deliver your payment, our offices are at 103 Montgomery Street, which is located across the Main Post Parking lot behind Building 34 here in the Park.

Thank you in advance for your assistance with this matter.

Sincerely,

Danielle McKinney
Senior Real Estate Manager
CB Richard Ellis
The Presidio

Cc:   Erin Magagna – Non-Residential Property Manager

Exhibit 13 c

**CBRE**
CB RICHARD ELLIS

October 31, 2006

The Presidio
103 Montgomery Street
PO Box 29546
San Francsico, CA 94129

415 561 2449 Tel
415-561-2443 Fax

www.cbre.com

Dr. Jeannie Tsai
San Francisco Aesthetics
5 Funston Street
San Francisco, CA 94129

Dr. Tsai,

I am in receipt of your letter dated September 29, 2006 and offer the following responses.

**Insurance Billing**

Per Article 9 of your Lease, the Presidio Trust has the right to obtain insurance coverage for Building 5 for damage caused by fire or other casualty. The Lease also allows the Trust to bill the tenants for their pro-rata share of such insurance. Per the same section, SF Aesthetics is required to carry insurance for such items as general liability, auto insurance, workers compensation business interruption and personal property. Therefore, there should be no cross over in coverage. During the term of your Lease you will be billed bi-annually for this coverage.

At this time 5 Funston is the only multi-tenant building on your street. Tenants that lease an entire building typically are required to carry insurance coverage for the building they lease. Alternatively, the Trust typically insures the multi tenant buildings (buildings leased to more than one tenant), such as Building 5. Tenants, then, reimburse the Trust for their pro rata share of the insurance premium.

**Signage**

Please refer to Erin Magana's June 15, 2006 letter.

**Utility Credit Request**

As explained in my April 27, 2006 letter, the purpose of the business interruption insurance that you are required per your Lease to carry is to cover such items as interruption to services due to events that are outside the control of the Trust.

We have performed an evaluation of your building in comparison to other multi-tenanted buildings in the Park and determined that the gas usage in your facility is in line with other buildings. The early months of February and March are understandably higher due to the climate in San Francisco at that time of year. April's utility charge was lower than normal solely due to a one-time credit that was issued by PG & E to the Trust and was credited against your account.

Although your usage seems to be in line with other comparable buildings, the Trust is offering in good faith a one-time base rent credit of $200 due to the length of time it has taken to review and respond to your request. Currently the Trust Legal Department is drafting a waiver stating that you agree this issue has been resolved and that the credit to your account is acceptable. Once this document has been signed and returned to the Trust a base rent credit will be issued to your account.

Exhibit 13 d

**Knox Box**

The Presidio Fire Department is aware both through CB Richard Ellis and the letter that you sent to Matt Kiolbassa on August 28th that there may be Knox Box key deficiencies on Funston Street. In addition, a work order has been placed to determine whether there are maintenance issues that need to be addressed.

**Rent Payment**

Thank you for the personal delivery of your October rent to our offices. Our office hours are 9am – 5pm, Monday – Friday, however, on occasion, we need to close the office at 4:00 pm on Friday. We are happy to accept your payment in person, but delivery to our post office box here in the Park is also appropriate.

Please know that our offer to sit down in person to discuss any outstanding issues as they pertain to your Lease remains open. I can be reached at 561-2440 to schedule this meeting or answer any further questions you may have.

Sincerely,

Danielle McKinney
Senior Real Estate Manager
CB Richard Ellis
The Presidio

Cc:    Erin Magagna – Non-Residential Property Manager
       Michael Fassler – Trust Legal
       Angela Sheehan – Trust Finance



April 18, 2007

VIA FACSIMILE (309) 285-3054
AND US POSTAL SERVICE MAIL

Dr. Jeannie Tsai
Presidio Laser Medicine
5B Funston Avenue
San Francisco, CA 94129

SUBJECT:   Exercising One Year Option to Extend Lease
           5B Funston Avenue
           Option Period – January 15, 2008 through January 14, 2009

Dear Dr. Tsai:

This letter will confirm your cancellation of our meeting scheduled for Thursday, April 19th at 1:30 PM. This letter will also acknowledge that you rescind your request to exercise your option to extend your lease as indicated in your letter of March 15, 2007. Please return an executed copy to us.

Please adhere to the stipulations outlined in Article 36 of the lease between the Presidio Trust and SF Aesthetics and Laser Medicine should you wish to exercise your option to extend your lease.

Thank you for your attention to this request and I look forward to meeting with you soon.

Regards,

*(signature)*

M Elena Anaya
Real Estate Agent

cc:   Adam Engelskirchen
      Erin Magagna
      Danielle McKinney, CBRE

ACKNOWLEDGED:

By: _____

Print Name: _____

Date: _____

34 Graham Street, Post Office Box 29052, San Francisco, California 94129-0052
415/561-5300    Fax 561-5315    presidio@presidiotrust.gov

— Exhibit 14 —



Exhibit 15

"Anaya, Elena" <EAnaya@presidiotrust.gov> wrote:

>   Subject: Presidio Laser Medicine
>   Date: Thu, 20 Oct 2005 12:44:58 -0700
>   From: "Anaya, Elena" <EAnaya@presidiotrust.gov>
>   To: <Bensonlailaw@aol.com>,
>   <jeanniet888@yahoo.com>
>
>   I checked with our General Counsel and you are able to use the word "Presidio" in your business name.
>
>   Elena Anaya
>   The Presidio Trust Real Estate Department
>   P. O. Box 29052
>   San Francisco, CA 94129
>   Office:  415-561-5324
>   Fax:     415-561-2716
>   Lease a home or office in the Presidio, visit our website: http://www.presidio.gov/Leasing/NonResidentialLeasing/
>
>   This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

Exhibit 16