```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

       450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
       Telephone:   (415) 436-7180
       Facsimile:   (415) 436-6748
       Email:       charles.oconnor@usdoj.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC. <br><br> Plaintiff, <br><br> v. <br><br> THE PRESIDIO TRUST, <br><br> Defendant. | No. C 07-5170 EDL <br><br> **ANSWER TO COMPLAINT FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION** |

   COMES NOW the defendant Presidio Trust ("Trust" or "Defendant") and answers the allegations in plaintiff's Complaint for Declaratory Relief and Preliminary Injunction ("Complaint"), as follows:

   1. The Trust lacks knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 1, and on that basis, they are denied.

   2. Paragraph 2 is admitted.

   3. The allegations in Paragraph 3 are conclusions of law and therefore no response is required.

   4. The Trust admits that both the subject leased premises and the Trust's offices are located within the City and County of San Francisco.  The Trust lacks knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4, and on that basis, they are denied.

//

1    5. The first sentence of Paragraph 5 recites plaintiff's characterization of its lawsuit,
2 which requires no response. To the extent it may be construed to require a response, it is denied.
3 The second sentence, and its lettered subparts, is answered as follows:
4    a. The Trust admits that the plaintiff occupies a suite of offices pursuant to a
5    written lease (hereafter "Lease"). Except as expressly admitted, subpart a. is denied.
6    b. Subpart b. is denied.
7    c. Subpart c. is denied.
8    d. Subpart d. is denied. The allegations in this subpart purport to characterize the
9    contents of the Lease, which speaks for itself and is the best evidence of its contents.
10    e. Subpart e. is denied.
11    f. Subpart f. is denied.
12    g. The Trust admits that on September 26, 2007, it sent a letter to plaintiff
13 indicating its intent to begin showing the subject leased premises to potential tenants. Except as
14 expressly admitted, Subpart g. is denied.
15    h. Subpart h. is denied.
16    i. The Trust lacks knowledge sufficient to form a belief as to the truth of the
17    allegations in Subpart i, and on that basis, they are denied.
18    6. Paragraph 6 is denied.
19    7. Paragraph 7 is denied.
20    The remainder of the Complaint consists of plaintiff's prayer for relief, to which no
21 response is required. To the extent a response is required, the Trust denies that the plaintiff is
22 entitled to the relief requested or any relief whatsoever.

### AFFIRMATIVE DEFENSES

24    The Trust alleges as follows:
25    1. The Complaint fails to state a claim upon which relief can be granted.
26    2. The Court lacks jurisdiction over the Complaint.
27    3. Pursuant to Article 25 of the Lease, the claims alleged in the Complaint are subject to
28 binding arbitration, and this Court lacks jurisdiction over those claims.

ANSWER TO COMPLAINT
*SAN FRANCISCO AESTHETICS Etc. v. PRESIDIO TRUST* C 07-5170 EDL                    -2-

4. The purported claims in the Complaint, and each of them, are barred by the doctrine of sovereign immunity.

5. The Plaintiff's failed to exhaust administrative remedies before filing their Complaint.

6. The Plaintiff's allegations, that it is threatened with irreparable harm and that an injunction is necessary to prevent irreparable harm, lack any foundation in fact in that the Trust has not taken any action to disturb or interfere with plaintiff's present occupancy and use of the premises.

The United States respectfully reserves the right to modify, revise, or supplement this Answer to the Complaint, and to plead such further defenses and counter-claims as may become necessary as this case develops through discovery and otherwise, if any.

WHEREFORE, the United States respectfully requests that the Court:

1. Deny the plaintiff's claims for relief and any relief, whatsoever;
2. Enter judgment in favor of the United States as to each and every claim asserted by the plaintiff and dismissing the Complaint with prejudice;
3. Award the United States its costs of suit and such other relief as the Court may deem just and proper.

DATED: December 07, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for the United States

OF COUNSEL:

KAREN COOK
General Counsel
Presidio Trust

ANSWER TO COMPLAINT
*SAN FRANCISCO AESTHETICS Etc. v. PRESIDIO TRUST*  C 07-5170 EDL                              -3-