**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**


**ELIZABETH D. LAPORTE**                          Date:  **December 18, 2007**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     **C-07-05170 EDL**

**Title:**      SAN FRANCISCO AESTHETICS AND LASER MEDICINE v.
            THE PRESIDIO TRUST

**Attorneys:**    Plaintiff:  Stephen Kent Rose         Defendant: Charles M. O'Connor

**Deputy Clerk:**      Lili M. Harrell       **Court Reporter:**  Belle Ball
                                        (9:23am - 9:47am)


**PROCEEDINGS:**                                    **RULINGS:**

Plaintiff's Motion for Preliminary Injunction [4]              Submitted




**ORDERED AFTER HEARING:**




**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:



cc: