UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AESTHETICS AND
LASER MEDICINE, INC.
               Plaintiff(s),

        v.

THE PRESIDIO TRUST

              Defendant(s).
_____/

Case No. C 07-5170 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: Jan. 2, 2008                                                   /s/Karen A.Cook, Gen.Counsel
                                                                                     [Party]


Dated: Jan. 2, 2008                                                    /s/Charles M. O'Connor AUSA
                                                                                     [Counsel]