In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   January 15, 2008

Case No:  **C- 07-05170 EDL**

Case Name:  **SAN FRANCISCO AESTHETICS AND LASER MEDICINE INC v. THE PRESIDIO TRUST**

| | | |
|---|---|---|
| Attorneys: | Pltf: Stephen Rose | Deft: Chuck O'Connor |
| Deputy Clerk: | Lili M. Harrell | FTR digital recording: 3:20pm - 3:40pm |

**PROCEEDINGS:**                                                        **RULING:**

1. Initial Case Management Conference                   Held

2.


**ORDERED AFTER HEARING:** Case referred to a magistrate judge to conduct a settlement conference. Court to issue schedule for cross-motions for summary judgment.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for

**PRETRIAL SCHEDULE:**
Last day to add new parties: 4/15/08
Discovery cutoff: 6/15/08
Initial expert disclosure deadline: 5/15/08
Expert discovery cutoff: 6/15/08


Notes:
cc: