1  STEPHEN KENT ROSE
   Attorney at Law
2  Post Office Box 2400
   Sausalito, California 94966
3  California State Bar Number 77941
   415 332 6000
4
5  Attorney for Plaintiff
   San Francisco Aesthetics and Laser Medicine, Incorporated
6
7
8           UNITED STATES DISTRICT COURT FOR THE
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11

12 | San Francisco Aesthetics and Laser Medicine, Incorporated, | Civil Action No. 07 5170 EDL |
13 | Plaintiff, | |
14 | vs. | NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
15 | The Presidio Trust, | |
16 | Defendant./ | |
   |  | ( FRCP, Rules 15 and 20) |
17 |  |  |
   |  | Date:  8 April 2008 |
18 |  | Time:  9:00 a.m. |
   |  | Place: Courtroom E, 15th Floor |
19 |  | Judge: Elizabeth D. LaPorte |
20 |  | Complaint Filed:   9 October 2007 |

21  TO THE ABOVE ENTITLED COURT AND TO ALL PARTIES HERETO:

22         PLEASE TAKE NOTICE that on 8 April 2008 at the hour of 9:00 a.m. or as soon thereafter as the

23  matter may be heard in Courtroom E on the 15th Floor of the above entitled court Plaintiff San Francisco

24  Aesthetics and Laser Medicine, Incorporated will, and does hereby, move this honourable court for leave

25  to file an amended complaint adding parties and adding causes of action for money damages against

26  defendant Presidio Trust for breach of contract, and against one of its agents and one of its employees for

27  constitutional torts in the form of the Proposed Amended Complaint attached to the Declaration of

28  Stephen Kent Rose In Support of Motion for Leave to File Amended Complaint served and filed

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

1  herewith.  This motion will be and is made pursuant to Rules 15 and 20 of the Federal Rules of Civil
2  Procedure on the grounds that the claims alleged in the Proposed Amended Complaint arose out of the
3  same series of transactions and occurrences as the matters alleged in the Complaint already pending
4  herein, involve questions of law and fact common to the claims in the Complaint, and defendant Presidio
5  Trust will suffer no prejudice from the amendment.

7       This motion will be and is based upon this Notice of Motion and Motion, upon the attached and
8  hereby incorporated Memorandum of Law In Support of Motion For Leave To File Amended Complaint,
9  upon the Declaration of Stephen Kent Rose In Support of Motion for Leave to File Amended Complaint
10 served and filed herewith, upon all pleadings and papers on file herein, and upon such judicial notice as
11 may be requested and taken, evidence adduced, and argument made at and after the hearing of this
12 motion.

Dated:   4 March 2008                                  /s/
                                                       Stephen Kent Rose
                                                       Attorney for Plaintiff
                                                       San Francisco Aesthetics and Laser Medicine, Inc.

MEMORANDUM OF LAW IN SUPPORT OF MOTION

FOR LEAVE TO FILE AMENDED COMPLAINT

20      Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated (hereafter San Francisco
21 Aesthetics) leases a medical spa from defendant Presidio Trust at which Plaintiff engages in the medical
22 practice of aesthetic dermatology.  A dispute has arisen between plaintiff San Francisco Aesthetics and
23 defendant Presidio Trust with respect to the right of Plaintiff to extend the term of its lease, and Plaintiff
24 filed its original complaint seeking declaratory and injunctive relief concerning that dispute.

26      In the course of the administration of the lease that is the subject of the original complaint a
27 number of other claims arose between defendant Presidio Trust, its employees and agents, and plaintiff
28 San Francisco Aesthetics and its owner Jeannie Tsai, M.D.  These other claims include (1) Plaintiff and

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE 2 AMENDED COMPLAINT; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Dr. Tsai's contention that in refusing to extend the term of Plaintiff's lease defendant Presidio Trust's agent and at least one of the Trust's employees are retaliating against Plaintiff and Dr. Tsai because of their exercise of their clearly established first amendment rights of free speech, free association, and to petition the United States for redress of grievances,  (2) Plaintiff and Dr. Tsai's contention that defendant Presidio Trust's agent and at least one of its employees continue to abridge their clearly established first amendment rights of commercial free speech by wrongfully refusing to allow them to post any sign or banner in the vicinity of the demised premises, (3) contract claims against defendant Presidio Trust for breach of the lease and (4) a claim against defendant  Presidio Trust's  agent and at least one of the Trust's employees for denying plaintiff San Francisco Aesthetics and Dr. Tsai due process of law in the course of an extrajudicial partial eviction of plaintiff  San Francisco Aesthetics from a portion of the demised premises.

Plaintiff now seeks to amend its complaint to add these additional claims and parties to this case.

Rule 15 of the Federal Rules of Civil Procedure provides that "[t]he court should freely give leave [to amend] when justice so requires."

> Rule 15 (a) declares that leave to amend "shall be freely given when justice so requires"; this mandate is to be heeded. See generally, 3 Moore, Federal Practice (2d ed. 1948), paras. 15.08, 15.10. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason -- such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. -- the leave sought should, as the rules require, be "freely given." Of course, the grant or denial of an opportunity to amend is within the discretion of the District Court, but outright refusal to grant the leave without any justifying reason appearing for the denial is not an exercise of discretion; it is merely abuse of that discretion and inconsistent with the spirit of the Federal Rules.

*Foman v. Davis*, 371 U.S. 178, 182 (1962).  *See also, Howey v. United States*, 481 F. 2d 1187. 1190 (9th Cir. 1979)(abuse of discretion to deny leave to amend absent prejudice to opposing party).

Plaintiff's proposed amendment of its complaint seeks to add claims that arose out of the same series of transactions and occurrences as the matters alleged in the original complaint.  No doubt if

1 | Plaintiff were to file a new complaint alleging only the new matter, the new case would be treated as a
2 | related case pursuant to this court's local rule 3-12.   Plaintiff's motion for leave to file the Proposed
3 | Amended Complaint should be granted.

Respectfully,

_____/s/_____
Stephen Kent Rose
Attorney for Plaintiff
San Francisco Aesthetics and Laser Medicine, Incorporated

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT