1  STEPHEN KENT ROSE
   Attorney at Law
2  Post Office Box 2400
   Sausalito, California 94966
3  California State Bar Number 77941
   415 332 6000
4
   Attorney for Plaintiff
5  San Francisco Aesthetics and Laser Medicine, Incorporated

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 San Francisco Aesthetics and Laser Medicine,
   Incorporated,                                Civil Action No. 07 5170 EDL
13                          Plaintiff,
                                                DECLARATION OF STEPHEN KENT ROSE IN
14 vs.                                          SUPPORT OF MOTION TO AMEND COMPLAINT

15                                              Date:    8 April 2008
   The Presidio Trust,                          Time:    9:00 a.m.
16                          Defendant./         Place:   Courtroom E, 15th Floor
                                                Judge:   Elizabeth D. LaPorte
17
                                                Complaint Filed:     9 October 2007
18

19
        I, Stephen Kent Rose, say that:
20

21
        1.      I am the attorney for plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated
22
   (hereafter San Francisco Aesthetics);
23

24
        2.      Attached hereto or filed herewith is the Proposed Amended Complaint plaintiff San
25
   Francisco Aesthetics and prospective plaintiff Jeannie Tsai, M.D. wish to file;
26

27

28

   DECLARATION OF STEPHEN KENT ROSE IN SUPPORT OF MOTION TO AMEND COMPLAINT

3. Pursuant to the Case Management Order herein I submitted an earlier and substantially similar draft of the Proposed Amended Complaint to defendant Presidio Trust's counsel Charles O'Connor on or about 15 February 2008;

4. Mr. O'Connor and I have been unable to arrive at a stipulation allowing my clients to file their Proposed Amended Complaint.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on 4 March 2008 at Larkspur, California.

                                       /s/
                                     Stephen Kent Rose

DECLARATION OF STEPHEN KENT ROSE IN SUPPORT OF MOTION TO AMEND COMPLAINT