1  STEPHEN KENT ROSE
   Attorney at Law
2  Post Office Box 2400
   Sausalito, California 94966
3  State Bar Number 77941
   415 332 6000
4
   Attorney for Plaintiff
5  San Francisco Aesthetics and Laser Medicine, Inc.

6

7

8                UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 San Francisco Aesthetics and Laser Medicine,
   Incorporated,                                Civil Action No. 07-5170 EDL
12                        Plaintiff,
                                                [PROPOSED]
13 vs.                                          ORDER GRANTING MOTION FOR LEAVE
                                                TO FILE AMENDED COMPLAINT
14
   The Presidio Trust,
15                    Defendant./

16         The motion of Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated pursuant to

17 Rule 15 of the Federal Rules of Civil Procedure for leave to file an amended complaint came on regularly

18 for hearing before the honourable Elizabeth D. Laporte, United States Magistrate Judge, presiding, on 8

19 April 2008.  Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated appeared by counsel

20 Stephen Kent Rose, Esq. and Defendant Presidio Trust appeared by counsel AUSA Charles O'Connor,

21 Esq.

22         Having heard and considered the evidence and arguments for and in opposition to the

23 motion the court hereby finds and concludes as follows:

24         IT IS HEREBY ORDERED that the motion of Plaintiff San Francisco Aesthetics and Laser

25 Medicine, Incorporated for a leave to file its Proposed Amended Complaint is Granted.

26

27 Dated: _____            _____
                                        Elizabeth D. Laporte
28                                      United States Magistrate Judge


ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT