JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7180
    Facsimile:   (415) 436-6748
    Email:      charles.oconnor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC. | No. C 07-5170 EDL |
| Plaintiff, | **STIPULATION AND ORDER (PROPOSED) GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| THE PRESIDIO TRUST, | |
| Defendant. | |

    The Plaintiff San Francisco Aesthetics and Laser Medicine, Inc. (hereafter, "Plaintiff"), filed its motion for leave to file an amended complaint on March 3, 2008.

    The Presidio Trust (hereafter, "the Trust") has agreed to stipulate to the filing of the Plaintiff's First Amended Complaint for Damages, Declaratory Relief, and Preliminary Injunction ("First Amended Complaint"), as proposed by Plaintiff's motion, provided that: 1) the Trust neither concedes that the Plaintiffs' allegations state valid claims for relief nor waives any

//
//
//
//
//

defenses to those allegations; and, 2) the Trust may have twenty (20) days in which to answer or otherwise plead to the allegations in the First Amended Complaint. Accordingly,

IT IS HEREBY STIPULATED by the parties, through their respective undersigned attorneys, that the Plaintiff may file its proposed First Amended Complaint.

Dated: April 1, 2008

/s/
STEPHEN KENT ROSE
Attorney at Law

Attorney for the Plaintiff

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 1, 2008

/s/
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for the Defendant

## ORDER

IT IS SO ORDERED. The Plaintiff may file the proposed First Amended Complaint.

Dated: April__, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. AND ORDER FOR LEAVE TO FILE 1ST AMENDED COMPLAINT
*SF AESTHETICS AND LASER MEDICINE, INC. v. THE PRESIDIO TRUST* C 07-5170 EDL    **-2-**