1  JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
2  JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3  CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
4
      450 Golden Gate Avenue, 9th Floor
5     San Francisco, California 94102-3495
      Telephone:    (415) 436-7180
6     Facsimile:    (415) 436-6748
      Email:        charles.oconnor@usdoj.gov
7
Attorneys for Defendant
8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO DIVISION
11
12  SAN FRANCISCO AESTHETICS AND      )     No. C 07-5170 EDL
    LASER MEDICINE, INC.              )
                                      )
13               Plaintiff,           )     **STIPULATION AND ORDER
                                      )     (~~PROPOSED~~) GRANTING
14               v.                   )     PLAINTIFFS LEAVE TO FILE A
                                      )     FIRST AMENDED COMPLAINT**
15  THE PRESIDIO TRUST,               )
                                      )
16               Defendant.          )
    _____)

17
          The Plaintiff San Francisco Aesthetics and Laser Medicine, Inc. (hereafter, "Plaintiff"),
18
filed its motion for leave to file an amended complaint on March 3, 2008.
19
          The Presidio Trust (hereafter, "the Trust") has agreed to stipulate to the filing of the
20
Plaintiff's First Amended Complaint for Damages, Declaratory Relief, and Preliminary
21
Injunction ("First Amended Complaint"), as proposed by Plaintiff's motion, provided that: 1) the
22
Trust neither concedes that the Plaintiffs' allegations state valid claims for relief nor waives any
23
//
24
//
25
//
26
//
27
//
28

1  defenses to those allegations; and, 2) the  Trust may have twenty (20) days in which to answer or

2  otherwise plead to the allegations in the First Amended Complaint.  Accordingly,

3        IT IS HEREBY STIPULATED by the parties, through their respective undersigned

4  attorneys, that the Plaintiff may file its proposed First Amended Complaint.

6  Dated: April 1, 2008

                                          /s/

7                                         STEPHEN KENT ROSE
                                          Attorney at Law

8
                                          Attorney for the Plaintiff
9

10                                        Respectfully submitted,

11                                        JOSEPH P. RUSSONIELLO
12                                        United States Attorney

13

14                                        /s/

Dated: April 1, 2008

15                                        CHARLES M. O'CONNOR
                                          Assistant United States Attorney

16
                                          Attorneys for the Defendant
17

18                            ORDER

19

20        IT IS SO ORDERED.   The Plaintiff may file the proposed First Amended Complaint.

21

22  Dated: April 3, 2008

23  ELIZABETH D. LAPORTE
    United States Magistrate Judge

24        IT IS SO ORDERED

25        Elizabeth D. Laporte
          Judge Elizabeth D. Laporte

26

27

28  STIP. AND ORDER FOR LEAVE TO FILE 1ST AMENDED COMPLAINT
    *SF AESTHETICS AND LASER MEDICINE, INC. v. THE PRESIDIO TRUST* C 07-5170 EDL          **-2-**