PAUL F. UTRECHT (SBN 118658)
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100

Attorneys for Defendant Danielle McKinney

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| San Francisco Aesthetics and Laser Medicine, Incorporated, Jeannie Tsai, M.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>The Presidio Trust, Danielle McKinney, and Erin Magagna,<br><br>Defendants. | Civil Action No. CV 07-5170 EDL<br><br>DEFENDANT DANIELLE MCKINNEY'S ANSWER TO FIRST AMENDED COMPLAINT |

Defendant Danielle McKinney ("Defendant") answers the First Amended Complaint (the "Complaint") as follows:

1. Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 1.

2. Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 2.

3. Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 3.

4. Defendant has insufficient information to form a belief as to the truth of

the allegations and therefore denies the allegations of paragraph 4.

5. Defendant admits the allegations of paragraph 5.

6. Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 6.

7. Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 7.

8. The allegations of paragraph 8 are conclusions of law and therefore no response is required.

9. Defendant admits that the premises at issue in this action are located in the City and County of San Francisco. Defendant has insufficient information to form a belief as to the truth of the remaining allegations of paragraph 8 and therefore denies those allegations.

10a. Defendant admits that San Francisco Aesthetics entered into a written lease with the Presidio Trust. Except as so admitted, Defendant denies the allegations of paragraph 10a.

10b. Defendant avers that the Lease speaks for itself. Except as so averred, Defendant denies the allegations of paragraph 10b.

10c. Defendant denies the allegations of paragraph 10c.

10d. Defendant denies the allegations of paragraph 10d.

10e. Defendant denies the allegations of paragraph 10e.

10f. Defendant denies the allegations of paragraph 10f.

10g. Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 10g.

10h. Defendant denies the allegations of paragraph 10h.

10i. Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 10i.

11. Defendant has insufficient information to form a belief as to the truth of

the allegations and therefore denies the allegations of paragraph 11.

12. Defendant admits that Plaintiff Jeannie Tsai has made complaints about Defendant and the Presidio Trust. Except as so admitted, Defendant denies the allegations of the first sentence of paragraph 12. Defendant has insufficient information to form a belief as to the truth of the allegations of the second sentence of paragraph 12 and therefore denies those allegations.

13. Defendant denies the allegations for the first three sentences of paragraph 13. Defendant has insufficient information to form a belief as to the truth of the allegations of the fourth sentence of paragraph 13 and therefore denies those allegations.

14. Defendant denies the allegations of paragraph 14.

15. Defendant denies the allegations of paragraph 15.

16. Defendant admits that on several occasions Plaintiff San Francisco Aesthetics requested permission of the Presidio Trust to post signs at the leased premises. Except as so admitted, Defendant denies the allegations of paragraph 16.

17. Defendant admits that the Presidio Trust refused to permit Plaintiff San Francisco Aesthetics to post signs on several occasions. Except as so admitted, Defendant denies the allegations of paragraph 17.

18. Defendant denies the allegations of paragraph 18.

19. Defendant denies the allegations of paragraph 19.

20. Defendant avers that the Lease speaks for itself. Except as so averred, Defendant denies the allegations of paragraph 20.

21. Defendant denies the allegations of paragraph 21.

22. Defendant denies the allegations of paragraph 22.

23. Defendant denies the allegations of paragraph 23.

24. Any allegations of the Complaint not expressly admitted herein are denied.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. All claims in the Complaint are barred by the doctrine of unclean hands.

3. Plaintiffs have failed to take reasonable steps to mitigate the damages alleged in the Complaint.

4. Plaintiffs failed to exhaust administrative remedies before filing their Complaint.

5. As an affirmative defense against preliminary injunction, money damages will compensate for the harm claimed, thus there is an adequate remedy at law.

6. Plaintiff San Francisco Aesthetics and Laser Medicine breached its obligations under the lease.

7. Plaintiffs were comparatively negligent.

8. The complaint is barred by the doctrine of qualified immunity.

Date: May 14, 2008

ZACKS UTRECHT & LEADBETTER, P.C.

_____
Paul F. Utrecht
Attorneys for Danielle McKinney