<u>**CIVIL MINUTES**</u>

**Magistrate Judge MARIA-ELENA JAMES**

Date: May 14, 2008

Case No: **C 07-05170 EDL**

Case Name: **S.F. AESTHETICS v. THE PRESIDIO TRUST**

| | |
|---|---|
| Plaintiff Attorneys: | **Stephen Rose** |
| Defendant Attorneys: | **Charles O'Connor, Michael Fassler, Paul Utrecht** |

Deputy Clerk: **Frank Justiliano**

Court Reporter: **None**          Tape No. **None**

**PROCEEDINGS:**                                **RULING:**

1. Settlement Conference (Length: 1.5 hrs.)          Held

**ORDERED AFTER HEARING:**

**Case continued to:** 6/12/08 at 10:30 a.m. for Further Settlement Conference.

cc: Chambers File