STEPHEN KENT ROSE
Attorney at Law
Post Office Box 2400
Sausalito, California 94966
California State Bar Number 77941
415 332 6000

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

San Francisco Aesthetics and Laser Medicine, Incorporated, Jeannie Tsai, M.D.,
    Plaintiffs,

vs.

The Presidio Trust, Danielle McKinney, and Erin Magagna,
    Defendants./

Civil Action No. 07 5170 EDL

ANSWER TO COUNTERCLAIM

Counter Defendants San Francisco Aesthetics and Laser Medicine, Incorporated, and Jeannie Tsai, M.D., and answer the allegations of the Counterclaim filed by Counter Claimant Presidio Trust as follows:

1. Counter Defendants admit that San Francisco Aesthetics and Laser Medicine, Incorporated, (hereafter San Francisco Aesthetics) occupies and operates a medical spa at 5 B Funston on the Presidio of San Francisco and specifically deny that such occupation and activity is without legal authority. Except as specifically admitted herein Counter defendants deny each and every allegation of paragraph 1 of the Counterclaim.

2. The allegations of paragraphs 3, 4, 5, and 6 of the Counterclaim are admitted except that Counter defendants deny that Dr. Tsai is doing business at the Presidio in an individual capacity and contend that the Lease contains two successive options to extend its term for one year each, for a total

ANSWER TO COUNTERCLAIM      1

lease term of four years.

3. Counter Defendants lack sufficient information or belief to admit or deny the allegations of paragraph 7 of the Counterclaim and on that basis deny such allegations.

4. Counter defendants deny the allegations of paragraph 8 of the Counterclaim and contend that notice of exercise of the option to extend the term of the lease was due on or before 19 July 2007 which is "one hundred and eighty days prior to the expiration of the initial … term" of the lease. Pursuant to the lease the expiration date was 15 January 2008, "two years after the Commencement date of 15 January 2006.

5. Counter Defendants deny the allegations of paragraphs 9, 10 , 11, 12 and 13 of the Counterclaim except that Counter Defendants admit that San Francisco Aesthetics continues to lawfully occupy the premises and continues to pay rent, services district charges, and utilities to Counter Claimant Presidio Trust in a lawful amount on the order $5,000.00 per month.

6. Counter Defendants deny the allegations of paragraphs 14, 15, 16, and 17 of the Counterclaim.

7. Counter-Defendants deny the allegations of paragraphs 18, 19, 20, 21, 22, 23, and 24 of the Counterclaim.

AFFIRMATIVE DEFENSES

    a.    The Counter Claim fails to state a claim upon which relief can be granted.

WHEREFORE, Counter Defendants pray that :

1. Counter Claimant's claims be denied and the Counterclaim dismissed with prejudice;

2. Counter Claimant take nothing by its Counterclaim;

3. Judgment for costs and reasonable attorney fees be entered in favor of Counter Defendants and against Counter Claimant Presidio Trust; and

4.   For such other and further relief as the court shall deem just and proper.

Respectfully,

Dated: 12 May 2008

_____/s/_____
Stephen Kent Rose
Attorney for Plaintiffs
San Francisco Aesthetics and Laser Medicine, Incorporated
and Jeannie Tsai, M.D.

ANSWER TO COUNTERCLAIM                              3