1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   Northern District of California
    JOANN M. SWANSON (CSBN 88143)
3   Chief, Civil Division
    CHARLES M. O'CONNOR  (CSBN 56320)
4       Assistant United States Attorney
        450 Golden Gate Avenue, 9th Floor
5       P.O. Box 36055
        San Francisco, CA 94102-3495
6       Telephone:   (415) 436-7200
        Facsimile:   (415) 436-6748
7
    Attorneys for Defendants
8   and Counter-Complainant

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  SAN FRANCISCO AESTHETICS AND        ) No. C 07-5170 EDL
    LASER MEDICINE, INC.                )
14                                      )
                 Plaintiff,             )
15                                      )
         v.                             )
16                                      )
    THE PRESIDIO TRUST, et al.          )
17                                      )
                 Defendants.            ) STIPULATION EXTENDING THE
18  _____ ) DEPOSITION CUT-OFF DATE
                                        )    (Civil Local Rule 6-1(a))
19  THE UNITED STATES OF AMERICA,       )
                                        )            ORDER
20               Defendant and          )
                 Counter-Claimant,      )
21                                      )
         v.                             )
22                                      )
    SAN FRANCISCO AESTHETICS AND        )
23  LASER MEDICINE, INCORPORATED,       )
    JEANNIE TSAI, M.D.                  )
24                                      )
                 Plaintiffs and         )
25               Counter-Defendants.    )
    _____ )

26      IT IS HEREBY STIPULATED by the plaintiffs and defendant Presidio Trust, through their

27  respective undersigned counsel, that the cut-off date for date for depositions may be extended to

28

Stipulation Extending Cut-Off Date for Depositions; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL

and until June 30, 2008.   This extension shall apply and be limited to conducting oral depositions, only, and does not apply to written discovery requests or any other forms of discovery, of any kind.

    This is the first extension of the cut-off date for depositions, and it will not cause any change to any hearing dates or other scheduled matters in this case.

Respectfully submitted,

Dated:  May 31, 2008        LAW OFFICES OF STEPHEN KENT ROSE

/s/

STEPHEN KENT ROSE

Attorneys for Plaintiffs

Dated: June 3, 2008        JOSEPH P. RUSSONIELLO
United States Attorney

/s/

CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for Defendant Presidio Trust

**ORDER**

IT IS SO ORDERED,

Dated: June____, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge