| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | Northern District of California<br>JOANN M. SWANSON (CSBN 88143) |
| 3 | Chief, Civil Division<br>CHARLES M. O'CONNOR (CSBN 56320) |
| 4 | Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor |
| 5 | P.O. Box 36055<br>San Francisco, CA 94102-3495 |
| 6 | Telephone: (415) 436-7200<br>Facsimile: (415) 436-6748 |
| 7 | |
| 8 | Attorneys for Defendants<br>and Counter-Complainant |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| SAN FRANCISCO AESTHETICS AND<br>LASER MEDICINE, INC. | ) | No. C 07-5170 EDL |
| Plaintiff, | ) | |
| v. | ) | |
| THE PRESIDIO TRUST, et al. | ) | |
| Defendants. | ) | **STIPULATION EXTENDING THE**<br>**DEPOSITION CUT-OFF DATE** |
| | ) | (Civil Local Rule 6-1(a)) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER** |
| Defendant and<br>Counter-Claimant, | ) | |
| v. | ) | |
| SAN FRANCISCO AESTHETICS AND<br>LASER MEDICINE, INCORPORATED,<br>JEANNIE TSAI, M.D. | ) | |
| Plaintiffs and<br>Counter-Defendants. | ) | |

IT IS HEREBY STIPULATED by the plaintiffs and defendant Presidio Trust, through their respective undersigned counsel, that the cut-off date for date for depositions may be extended to

Stipulation Extending Cut-Off Date for Depositions; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL

1  and until June 30, 2008.  This extension shall apply and be limited to conducting oral
2  depositions, only, and does not apply to written discovery requests or any other forms of
3  discovery, of any kind.
4      This is the first extension of the cut-off date for depositions, and it will not cause any change
5  to any hearing dates or other scheduled matters in this case.

                               Respectfully submitted,

Dated:  May 31, 2008           LAW OFFICES OF STEPHEN KENT ROSE


                                       /s/
                               _____
                               STEPHEN KENT ROSE

                                  Attorneys for Plaintiffs


Dated: June 3, 2008            JOSEPH P. RUSSONIELLO
                               United States Attorney


                                       /s/
                               _____
                               CHARLES M. O'CONNOR
                               Assistant United States Attorney

                                  Attorneys for Defendant Presidio Trust



                               **ORDER**

    IT IS SO ORDERED,

Dated: June  4 , 2008          _____
                               ELIZABETH D. LAPORTE
                               United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Stipulation Extending Cut-Off Date for Depositions; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL                    -2-