JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
   Assistant United States Attorney
   450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
   San Francisco, CA 94102-3495
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-6748

Attorneys for Defendants
and Counter-Complainant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PRESIDIO TRUST, et al. <br><br> Defendants. <br>_____<br> THE UNITED STATES OF AMERICA, <br><br> Defendant and <br> Counter-Claimant, <br><br> v. <br><br> SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D. <br><br> Plaintiffs and <br> Counter-Defendants. <br>_____ | No. C 07-5170 EDL <br><br><br><br><br><br><br><br><br> **ORDER GRANTING THE UNITED STATES' MOTION FOR JUDGMENT ON THE PLEADINGS** <br> [Proposed] |

    This matter came on for hearing of the United States of America's motion for judgment on the pleadings this date, and the Court having considered all written materials submitted by the

//

Order Granting the United States' Motion for Judgment on the Pleadings
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL

parties and considered the arguments of counsel, and being full advised in the premises,

IT IS HEREBY ORDERED that the motion for judgment on the pleadings is granted. The claims alleged in paragraphs 21, 22, and 23 of the First Amended Complaint for Damages, Declaratory Relief, and Preliminary Injunction are dismissed.

DATED:

                                          ELIZABETH D. LAPORTE
                                        United States Magistrate Judge