Total Time (Hrs): **2.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE: June 12, 2008**
**TITLE: S.F. Aesthetics -v- Presidio Trust**          **CASE #: C-07-5170 EDL**

**APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Stephen K. Rose | Michael R. Fassler |
|  | Paul F. Utrecht |
|  | Charles M. O'Connor |
|  | Susan T. Taylor |

**Deputy Clerk:** Brenda Tolbert                    **FTR:**

**PROCEEDINGS:**
- ____ Case Management
- ____ Further Case Management
- ____ Status Conference
- ____ Pretrial Conference
- **X** Settlement Conference (Length: 2.5 Hr/s.)
- ____ Evidentiary Hearing
- ____ Examination of Judgment Debtor
- ____ Motions
- ____ Other:

**ORDER/RESULTS:**

**Settlement Conference Held.**

**Case Continued To:** 7-1-08 at 10:30 a.m.        **For:** Furt Setmt Conf
**Case Referred To:**                              **For:**

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: