JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
   Assistant United States Attorney
   450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
   San Francisco, CA 94102-3495
   Telephone:   (415) 436-7200
   Facsimile:   (415) 436-6748

Attorneys for Defendants
and Counter-Complainant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE PRESIDIO TRUST, et al.,<br><br>        Defendants.<br>_____<br>THE UNITED STATES OF AMERICA,<br><br>        Defendant and<br>        Counter-Claimant,<br><br>   v.<br><br>SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D.<br><br>        Plaintiffs and<br>        Counter-Defendants.<br>_____ | **No. C 07-5170 EDL**<br>E-Filing Case<br><br><br><br><br><br><br><br>**STIPULATION AND** [PROPOSED]<br>**PROTECTIVE ORDER**<br>**RE CONFIDENTIALITY** |

    Subject to the approval of this Court, plaintiffs San Francisco Aesthetics and Laser Medicine, Inc., and Jeannie Tsai, M.D., and defendant United States of America ("Defendant" or "United

//

States"), by and through their undersigned counsel, hereby stipulate to the following protective order:

The parties agree that entry of the following protective order is necessary in order to: (1) facilitate discovery of information without document by document controversy concerning confidentiality; (2) protect the United States, the Presidio Trust, and employees of the Presidio Trust from undue annoyance, embarrassment, oppression, burden and expense resulting from public disclosure or use for purposes other than this litigation of confidential information that the parties will disclose in discovery; and (3) avoid violation of the Privacy Act as codified at 5 U.S.C. §522a.  The parties therefore request that the Court enter the following protective order pursuant to Federal Rule of Civil Procedure 26(c).

**STIPULATED ORDER**

The following described documents and other things are covered by this protective order:

A.  All lease agreements between the Presidio Trust and any lessee of the Presidio Trust and related correspondence or other documents (hereafter referred to, collectively, as "Documents") obtained from defendant United States of America or any lessee that are produced in response to discovery requests (including, but not limited to P0001428-0002253) and/or in connection with any subpoenas or any other method made under the Federal Rules of Civil Procedure or made pursuant to any disclosure requirement, including initial disclosure requirements;

B.  The Property Management Agreement between the Presidio Trust and CB Richard Ellis ("CBRE") and all documents related to the same Property Management Agreement (including, but not limited to P0001264-0001301 and P0001390-0001427); and,

C.  Stein & Lubin fee invoices and all related documents (including, but not limited to P0001302-0001305).

The foregoing described documents shall be subject to the following restrictions:

1. The Documents and the information contained therein shall be used only for purposes of this litigation and not for any other purpose;

2. Neither the Documents nor the information contained therein shall be disclosed or provided to anyone other than (a) the plaintiffs' attorney - Stephen Kent Rose and his staff: (b) the

1  defendants' attorneys - the United States Attorneys' Office, the counsel for the Presidio Trust and
2  and their staffs; (c) the parties; (d) actual or potential third-party witnesses and their attorneys; (e)
3  outside experts or consultants retained by any of the parties or their counsel for purposes of this
4  litigation; (f) the Court in further proceedings herein; (g) stenographic deposition reporters for
5  purposes of depositions in this action; and (h) other persons whom the parties mutually agree
6  upon in writing;

7      3.   There shall be no reproduction of the Documents, except that, as required by the litigation,
8  copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

9      4.   Except as otherwise provided in Paragraphs 2 and 3, all of the Documents shall remain in
10 the custody of the parties' attorneys of record during the pendency of the litigation;

11     5.   Within 30 days of the termination of this proceeding and the expiration of all time for
12 appeal, all of the Documents, including copies, extracts or summaries thereof, produced by the
13 parties pursuant to this protective order shall be returned to counsel for the United States, on
14 behalf of the Presidio Trust.  Notwithstanding this paragraph, however, the parties' attorneys may
15 retain one copy of each pleading and other document filed with the Court that contains any of the
16 Documents covered by this Order.  Furthermore, nothing in this paragraph shall be construed to
17 require the parties' attorneys to turn over any attorney work-product; and,

18     6.   This Stipulation and Protective Order is without prejudice to the right of any party to seek
19 modification of it from the Court.  It shall remain in effect until such time as it is modified,
20 amended or rescinded by the Court and shall survive termination of this action.  The
21 Court shall have continuing jurisdiction to modify, amend, or rescind this Stipulation and
22 Protective Order notwithstanding the termination of this action.
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND PROTECTIVE ORDER RE CONFIDENTIALITY
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL                    -3-

7.  Documents filed with this Court that refer to or attach materials or information that have been designated as "Confidential" shall follow the procedures set forth in Civil Local Rule 79-5.

**IT IS SO STIPULATED:**

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: June 11, 2008 | STEPHEN KENT ROSE<br>Attorney-at-Law |
|  | /s/ |
|  | STEPHEN KENT ROSE |
|  | Attorney for Plaintiffs and Counter-Defendants |
| DATED: June 11, 2008 | PLAINTIFFS AND COUNTER-DEFENDANTS |
|  | /s/ |
|  | JEANNIE TSAI, M.D. |
| DATED: June 11, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|  | /s/ |
|  | CHARLES M. O'CONNOR<br>Assistant United States Attorney |
|  | Attorneys for the United States of America |

**ORDER**

IT IS SO ORDERED,

DATED: June__, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND PROTECTIVE ORDER RE CONFIDENTIALITY
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL                                   -4-