```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   Northern District of California
    JOANN M. SWANSON (CSBN 88143)
3   Chief, Civil Division
    CHARLES M. O'CONNOR  (CSBN 56320)
4      Assistant United States Attorney
       450 Golden Gate Avenue, 9th Floor
5      P.O. Box 36055
       San Francisco, CA 94102-3495
6      Telephone:  (415) 436-7200
       Facsimile:   (415) 436-6748
7
    Attorneys for Defendants
    and Counter-Complainant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRESIDIO TRUST, et al.<br><br>Defendants.<br>_____<br>THE UNITED STATES OF AMERICA,<br><br>Defendant and<br>Counter-Claimant,<br><br>v.<br><br>SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D.<br><br>Plaintiffs and<br>Counter-Defendants.<br>_____ | No. C 07-5170 EDL<br><br><br><br><br><br>**DECLARATION OF CHARLES M. O'CONNOR IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES**<br><br><br><br>Date:  July 29, 2008<br>Time:  9:00 a.m.<br>Ctrm:  E, 15th Floor |

I, Charles M. O'Connor, declare as follows:

1. I am an Assistant United States Attorney and one of the attorneys representing the defendant Presidio Trust (also referred to herein as "Defendant") in this case.

**DECLARATION OF O'CONNOR IN SUPPORT OF MOTION TO COMPEL**
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL

2. The plaintiff San Francisco Aesthetics and Laser Medicine, Inc. (collectively referred to as "Plaintiffs") delivered "draft" responses to the Presidio Trusts Interrogatories and Document Requests on the stipulated date, May 30, 2008, with an assurance that the "final" responses would be signed and served immediately, thereafter.   However, the "final" responses were not signed and served, respectively, until June 9 and 10, 2008.

3. As counsel for the Defendant, I emailed a letter to counsel for the Plaintiffs, Mr. Stephen Kent Rose on June 17, 2008, in which I detailed the deficiencies the Defendant found in the Plaintiffs' responses to the defendant's first set of Interrogatories and Document Requests and asked Mr. Rose to confer with me regarding those issues.

4. On June 19, 2008, Mr. Rose and I conferred with respect to each of the detailed deficiencies that I had identified.   At that time we did not reach accord on the deficiencies identified, and Mr. Rose said he needed to confer with his client with respect to certain of the issues.   We agreed to talk again on June 20, 2008, after Mr Rose talked with his client.

5. Mr. Rose and I conferred again by telephone on June 20, 2008, as planned.   However, while some minor progress was made, we were unable to reach a compromise on most of the items discussed.   While Mr. Rose did represent that some additional information would be provided, he was not specific as to what would be provided or when he would actually supply it. I did not understand Mr. Rose to say that he needed further discussion with his client to respond, at that time, and no further conference was requested or scheduled.

6. Inasmuch as two conferences with Mr. Rose had produced very little information or agreement, and nothing concrete in the way of an agreement to produce additional information or a date by which anything would be provided, and because the cut-off date for a motion to compel discovery is June 24, 2008, there was no alternative to preparing a motion to compel.

7. The Plaintiffs' responses to the Presidio Trusts' Second Set of Interrogatories and Document Requests ("Defendant's Second Set of Discovery") were due on or before June 13, 2008.   However, the Plaintiffs' responses were not signed until June 15, and not received until June 20, 2008, the same date as the last attempt to confer with Mr. Rose.   Because of the late arrival of these responses, there was no opportunity to confer with Mr. Rose about defects in the

**DECLARATION OF O'CONNOR IN SUPPORT OF MOTION TO COMPEL**
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL                                                  **-2-**

1
2
3
4

Plaintiffs' responses, prior to the cutoff of discovery.   It should be noted, as explained in the accompanying motion to compel, the Plaintiffs' responses to the Defendant's Second Set of Discovery contain the very same kind of defects and improper objections as contained in the Plaintiffs' responses to Defendants' initial discovery requests, for which two conferences were conducted with Mr. Rose, without satisfactory resolution.

5
6
7

I declare under penalty of perjury that the foregoing is true and correct.   Signed this 24th day of June, 2008, at San Francisco, California.

8
9

_____/s/_____
CHARLES M. O'CONNOR

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF O'CONNOR IN SUPPORT OF MOTION TO COMPEL**
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL                                                                                       **-3-**