1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  Northern District of California
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division
   CHARLES M. O'CONNOR  (CSBN 56320)
4     Assistant United States Attorney
      450 Golden Gate Avenue, 9th Floor
5     P.O. Box 36055
      San Francisco, CA 94102-3495
6     Telephone:  (415) 436-7200
      Facsimile:   (415) 436-6748
7
   Attorneys for Defendants
8  and Counter-Complainant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PRESIDIO TRUST, et al. <br><br> Defendants. <br> _____ <br> THE UNITED STATES OF AMERICA, <br><br> Defendant and <br> Counter-Claimant, <br><br> v. <br><br> SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D. <br><br> Plaintiffs and <br> Counter-Defendants. <br> _____ | ) No. C 07-5170 EDL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER GRANTING** <br> ) **THE PRESIDIO TRUST'S MOTION** <br> ) **TO COMPEL DISCOVERY RESPONSES** <br> )  [Proposed] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

This matter came on for hearing of the Presidio Trust's motion to compel discovery responses, and the Court having considered all written materials submitted by the

//

Order Granting the United States' Motion to Compel Discovery Responses
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL

1  parties and considered the arguments of counsel, and being full advised in the premises,
2  IT IS HEREBY ORDERED that the motion to compel discovery responses is granted.
3
4  DATED:
                                                    _____
                                                    ELIZABETH D. LAPORTE
5                                                   United States Magistrate Judge