| | |
|---|---|
| 1 | STEPHEN KENT ROSE |
| | Attorney at Law |
| 2 | Post Office Box 2400 |
| | Sausalito, California 94966 |
| 3 | California State Bar Number 77941 |
| | 415 332 6000 |
| 4 | |
| | Attorney for Plaintiffs |
| 5 | |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| San Francisco Aesthetics and Laser Medicine, Incorporated, et al., | Civil Action No. 07 5170 EDL |
| Plaintiff, | |
| vs. | NOTICE OF MOTION AND MOTION TO ENFORCE SUBPOENA DUCES TECUM |
| The Presidio Trust, et al., | |
| Defendant./ | ( FRCP, Rules 37 and 45) |
| | Date:     29 July 2008 |
| | Time:    9:00 a.m. |
| | Place:    Courtroom E, 15th Floor |
| | Judge:   Elizabeth D. LaPorte |
| | Complaint Filed:    9 October 2007 |

TO THE ABOVE ENTITLED COURT AND TO ALL PARTIES HERETO:

PLEASE TAKE NOTICE that on 29 June 2008 at the hour of 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom E on the 15th Floor of the above entitled court Plaintiff San Francisco Aesthetics and Laser Medicine, Incorporated will, and does hereby, move this honourable court for an order enforcing a Subpoena Duces Tecum served by Plaintiff on third party CB Richard Ellis by requiring the production of 105 documents improperly withheld on the basis that defendant Presidio Trust claims "a privilege".

This motion will be and is based upon this Notice of Motion Enforce Subpoena Duces Tecum and Motion, upon the attached and hereby incorporated Memorandum of Law upon the Declaration of Stephen Kent Rose served and filed herewith, upon all pleadings and papers on file herein, and upon such judicial notice as may be requested and taken, evidence adduced, and argument made at and after the hearing of this motion.

Dated:   24 June 2008                         /s/
                                              Stephen Kent Rose
                                              Attorney for Plaintiffs

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO

ENFORCE SUBPOPENA DUCES TECUM

A subpoena duces tecum was timely served on third party CB Richard Ellis Incorporated (hereafter CBRE) pursuant to Rule 45 of the Federal Rules of Civil Procedure requiring CBRE to produce a variety of specified documents at Plaintiff's office on 15 June 2008.  Neither CBRE nor any party objected to the subpoena duces tecum in any manner prior to 15 June 2008.  Nothing was produced by CBRE on 15 June 2008.  On 16 June 2008 counsel for plaintiffs telephoned CBRE counsel Derek Whitman to find out why there had been no response to the subpoena.  Counsel Whitman apologized for not having contacted plaintiffs counsel earlier, stated that he had a portion of a bankers box of documents to consider producing, and agreed to produce the subpoenaed documents by emailing pdf files of the documents to plaintiff's counsel by the morning of 19 June 2008.  Nothing was produced on 19 June 2008.  On the evening of 20 June 2008 plaintiffs counsel received both one pdf containing 39 pages of documents and a voicemail from a CBRE paralegal in counsel Whitman's office stating that she had emailed multiple pdfs to plaintiff's counsel.  Only one was received.

On Monday, 23 June 2008 plaintiff's counsel received 15 separate pdf files from CBRE counsel Whitman containing roughly 1,400 pages of documents.  Also on Monday 24 June 2008 plaintiff's counsel spoke with CBRE counsel Whitman regarding documents not produced because defendant

Presidio Trust claimed they were privileged. Plaintiff's counsel then requested a privilege log for those documents from CBRE Counsel Whitman, citing the Case Management Order in this case.

On the evening of 24 June 2008 Plaintiff's counsel received an email from CBRE Counsel Whitman containing his log of 105 allegedly privileged documents.

The log does not properly invoke any privilege and Plaintiffs request this court to order CBRE to produce all 105 of the allegedly privileged documents.

Respectfully,

24 June 2008

/s/
Stephen Kent Rose
Attorney for Plaintiff
San Francisco Aesthetics and Laser Medicine, Incorporated

NOTICE OF MOTION AND MOTION TO ENFORCE SUBPOENA DUCES TECUM