STEPHEN KENT ROSE
Attorney at Law
Post Office Box 2400
Sausalito, California 94966
California State Bar Number 77941
415 332 6000

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| San Francisco Aesthetics and Laser Medicine, Incorporated, et al.,<br>              Plaintiff,<br>vs.<br>The Presidio Trust, et al.,<br>              Defendant./ | Civil Action No. 07 5170 EDL<br><br>DECLARATION OF STEPHEN KENT ROSE IN SUPPORT OF MOTION TO ENFORCE SUBPOENA DUCES TECUM<br><br>( FRCP, Rules 37 and 45)<br><br>Date:   29 July 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom E, 15th Floor<br>Judge:  Elizabeth D. LaPorte |

I Stephen Kent Rose, say that:

1.    I am the attorney for plaintiffs San Francisco Aesthetics and Laser Medicine, Incorporated and Jeannie Tsai, M.D.;

2.  On or about 16 May 2008, 18 May 2008, and 2 June 2008 a subpoena duces tecum in the form served and filed herewith as Exhibit 1 was served on third party CB Richard Ellis, Incorporated (hereafter CBRE) pursuant to Rule 45 of the Federal Rules of Civil Procedure.

DECLARATION OF STEPHEN KENT ROSE IN SUPPORT OF MOTION TO ENFORCE SUBPOENA DUCES TECUM

3. A copy of the subpoena was also served on defendants Presidio Trust and Danielle McKinney on 16 May 2008;

3. Neither CBRE nor any party hereto objected to the subpoena prior to 15 June 2008, the date of production specified therein.

4. Nothing was produced by CBRE in response to the subpoena on 15 June 2008.

5. On or about 16 June 2008 I telephoned CBRE counsel Derek Whitman to find out why there had been no response to my subpoena. Counsel Whitman apologized for not having contacted me earlier, stated that he had a portion of a bankers box of documents to consider producing, and agreed to produce the subpoenaed documents by emailing pdf files of the documents to me by the morning of 19 June 2008.

6. Nothing was produced on 19 June 2008.

7. On the evening of 20 June 2008 I received both one pdf containing 39 pages of documents and a voicemail from a CBRE paralegal in counsel Whitman's office stating that she had emailed multiple pdfs to me. Only one was received.

8. Yesterday, on Monday, 23 June 2008 I received 15 separate pdf files from CBRE counsel Whitman containing roughly 1,400 pages of documents.

9. Also, yesterday, on Monday 23 June 2008 I spoke with CBRE counsel Whitman regarding documents not produced because counsel Whitman told me defendant Presidio Trust claimed they were privileged. I requested a privilege log for those documents from CBRE Counsel Whitman, citing the Case Management Order in this case.

DECLARATION OF STEPHEN KENT ROSE IN SUPPORT OF MOTION TO ENFORCE SUBPOENA DUCES TECUM

1    10.   This evening (24 June 2008) after the close of business, at approximately 7:00 p.m., I received an email from CBRE Counsel Whitman containing his log of 105 allegedly privileged documents. The letter containing that privilege log is served and filed herewith as Exhibit 2.

11.   There is no time to meet and confer further with anyone concerning the issue raised herein because the deadline for filing this motion is less than two hours hence. I did confer with counsel Whitman regarding the documents at issue herein yesterday and was unable to persuade him to produce the documents.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 24 June 2008 at Larkspur California.

                                    /s/
                                Stephen Kent Rose

DECLARATION OF STEPHEN KENT ROSE IN SUPPORT OF MOTION TO ENFORCE SUBPOENA DUCES TECUM