**LEGAL SERVICES**

# CBRE
CB RICHARD ELLIS

**Derek S. Whitman**
Senior Counsel

355 S. Grand Avenue, Suite 1200
Los Angeles, CA 90071

T 213.613.3239
F 213.613.3008

June 24, 2008

Derek.Whitman@cbre.com

Stephen Kent Rose
PO Box 2400
Sausalito, CA 94966

Re: San Francisco Aesthetics and Laser Medicine, Inc., et al. v. The Presidio Trust, et al.

Dear Mr. Rose:

  As we discussed, CBRE is claiming attorney-client and work product privileges for any documents that may be responsive to your subpoena in this matter, but involve communications that I was the author or recipient of. Specifically, since learning of your planned amended complaint to add Danielle McKinney as a named Defendant, I have had several email and letter communications between myself and/or Ms. McKinney (a CBRE employee), Dennis Rosario (Ms. McKinney's manager at CBRE), Dave Pogue (former head of CBRE Asset Services - Western Region), Barry Katz (head of CBRE Asset Services - Western Division), Susan Taylor (in house counsel at The Presidio Trust), Charles O'Connor (attorney for The Presidio Trust), and Paul Utrecht (outside counsel retained to represent Ms. McKinney). All of my communications with these people were in anticipation of, and then in addressing, your client's Complaint, for the purpose of defending Ms. McKinney.

  Because your subpoena broadly calls for any document that so much as mentions or pertains to your clients, and because it calls for documents surrounding specific issues of the case that I have discussed with the aforementioned people, again for purposes of a defense, my sent and received correspondence would otherwise fall within your categories. Without attempting to detail every single communication since the litigation was anticipated, and with your comment yesterday that you were not challenging my communications as privileged, I am relying on giving you the above description of the documents withheld.

  As you know, we have also been asked by The Presidio Trust to withhold certain communications involving The Presidio Trust's in-house and outside attorneys which CBRE had in its possession, custody, and control by virtue of CBRE's role as The Presidio Trust's agent with regard to the management of the property at issue. CBRE itself is not claiming any privilege itself for these documents, and these communications do not involve CBRE Legal. However, given the arguably valid theory asserted by The Presidio Trust that a privilege attaches to these documents, we do not intend to eviscerate their potentially valid claim of a privilege by merely handing over the documents without

an agreement from The Presidio Trust or a Court Order, with which we will willingly comply.

The log of documents withheld at The Presidio Trust's request are as follows:

1. September 14, 2007 e-mail re: San Francisco Aesthetics and Laser Medicine, Inc., from Elizabeth Paul to Karen Cook (Presidio in-house counsel), cc Theodore A. Griffinger, Jr. and Tanya Herrera.
2. September 19, 2007 e-mail re: San Francisco Aesthetics and Laser Medicine Inc., from Michael Fassler (Presidio in-house counsel) to Adam Engelskirchen, cc Danielle McKinney (Property Manager), Elena Anaya, Erin Magagna, and Karen Cook, containing e-mail #1 above.
3. November 2, 2007 e-mail re: SF Aesthetics, from Karen Cook to Danielle McKinney and Erin Magagna.
4. November 26, 2007 e-mail re: McKinney Declaration, from Charles O'Connor (Outside counsel) to Karen Cook.
5. November 27, 2007 e-mail re: McKinney Declaration, from Karen Cook to Charles O'Connor, containing e-mail #4 above.
6. November 27, 2007 e-mail re: McKinney Declaration, from Charles O'Connor to Danielle McKinney, containing e-mails 4 and 5 above.
7. November 27, 2007 e-mail re: McKinney Declaration, from Karen Cook to Danielle McKinney, containing e-mails 4, 5, and 6 above.
8. November 27, 2007 e-mail re: McKinney Declaration, from Danielle McKinney to Karen Cook, containing e-mails 4, 5, 6, and 7 above.
9. November 27, 2007 e-mail re: Dr. Tsai Declaration, from Karen Cook to Danielle McKinney.
10. November 27, 2007 e-mail re: Filing Declaration in Court, from Karen Cook to Danielle McKinney.
11. November 27, 2007 e-mail re: McKinney Declaration, from Charles O'Connor to Karen Cook.
12. November 27, 2007 e-mail re: McKinney Declaration, from Danielle McKinney to Karen Cook, containing e-mail #11 above.
13. November 27, 2007 e-mail re: McKinney Declaration, from Karen Cook to Charles O'Connor, containing e-mails 11 and 12 above.
14. November 27, 2007 e-mail re: McKinney Declaration, from Charles O'Connor to Danielle McKinney, cc Karen Cook, containing e-mails 11, 12, and 13 above.
15. November 27, 2007 e-mail re: Fax Sheet for Charles O'Connor, from Karen Cook to Danielle McKinney.
16. November 27, 2007 e-mail re: Signed Paperwork, from Danielle McKinney to Karen Cook.
17. January 4, 2008 e-mail re: Presidio Laser Medicine-Insurance, from Corey Olender to Michael Fassler and Karen Cook, cc Erin Magagna and Danielle McKinney.

18. January 4, 2008 e-mail re: Presidio Laser Medicine-Insurance, from Michael Fassler to Corey Olender and Karen Cook, cc Erin Magagna, Danielle McKinney, and Susan Taylor (Presidio in-house counsel), containing e-mail #17 above.
19. January 4, 2008 e-mail re: Presidio Laser Medicine-Insurance, from Corey Olender to Susan Taylor, containing e-mails 17 and 18 above.
20. January 4, 2008 e-mail re: Presidio Laser Medicine-Insurance, from Susan Taylor to Corey Olender, containing e-mails 17, 18, and 19 above.
21. January 4, 2008 e-mail re: Presidio Laser Medicine-Insurance, from Corey Olender to Susan Taylor, cc Danielle McKinney, containing e-mails 17, 18, 19, and 20 above.
22. January 4, 2008 e-mail re: Presidio Laser Medicine-Insurance, from Susan Taylor to Corey Olender, cc Danielle McKinney, containing e-mails 17, 18, 19, 20, and 21 above.
23. January 7, 2008 e-mail re: SF Aesthetics January Rent, from Danielle McKinney to Michael Fassler, Erin Magagna, and Susan Taylor.
24. January 7, 2008 e-mail re: SF Aesthetics January Rent, from Michael Fassler to Danielle McKinney, Erin Magagna, and Susan Taylor, cc Karen Cook, containing e-mail #23 above.
25. January 7, 2008 e-mail re: SF January Rent, from Danielle McKinney to Michael Fassler, Erin Magagna, and Susan Taylor, cc Karen Cook, containing e-mails 23 and 24 above.
26. January 7, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Susan Taylor.
27. January 9, 2008 e-mail re: SF Aesthetics Letter, from Susan Taylor to Danielle McKinney, containing e-mail #26 above.
28. January 9, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Susan Taylor, containing e-mails 26 and 27 above.
29. January 9, 2008 e-mail re: SF Aesthetics Letter, from Susan Taylor to Danielle McKinney, containing e-mails 26, 27, and 28 above.
30. January 9, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Susan Taylor, containing e-mails 26, 27, 28, and 29 above.
31. January 9, 2008 e-mail re: SF Aesthetics Rent, from Danielle McKinney to Erin Magagna, Michael Fassler, and Susan Taylor.
32. January 9, 2008 e-mail re: SF Aesthetics Rent, from Michael Fassler to Danielle McKinney, Erin Magagna, and Susan Taylor, containing e-mail #31 above.
33. January 10, 2008 e-mail re: SF Aesthetics Letter, from Susan Taylor to Danielle McKinney, cc Michael Fassler and Erin Magagna, containing e-mail #26 above.
34. January 10, 2008 e-mail re: Hold over Letter, from Susan Taylor to Danielle McKinney, cc Michael Fassler and Erin Magagna.
35. January 17, 2008 e-mail re: Letter from SF Aesthetics, from Danielle McKinney to Susan Taylor, Michael Fassler, Karen Cook, Adam Engelskirchen, and Erin Magagna.
36. January 22, 2008 e-mail re: SF Aesthetics, from Susan Taylor to Charles O'Connor, cc Karen Cook.
37. January 23, 2008 e-mail re: SF Aesthetics, from Charles O'Connor to Susan Taylor, containing e-mail #36 above.

38. January 24, 2008 e-mail re: SF Aesthetics, from Susan Taylor to Kelly Dallmann, cc Danielle McKinney, containing e-mails 36 and 37 above.
39. January 24, 2008 e-mail re: SF Aesthetics, from Kelly Dallmann to Susan Taylor, containing e-mails 36, 37, and 38 above.
40. January 24, 2008 e-mail re: SF Aesthetics, from Susan Taylor to Danielle McKinney, containing e-mails 36, 37, 38, and 39 above.
41. January 24, 2008 e-mail re: SF Aesthetics, from Danielle McKinney to Susan Taylor, containing e-mails 36, 37, 38, 39, and 40 above.
42. January 24, 2008 e-mail re: SF Aesthetics, from Susan Taylor to Danielle McKinney, containing e-mails 36, 37, 38, 39, 40, and 41 above.
43. January 23, 2008 e-mail re: SF Aesthetics Insurance, from Danielle McKinney to Karen Cook, Michael Fassler, and Erin Magagna, cc Corey Olender.
44. January 23, 2008 e-mail re: SF Aesthetics Insurance, from Susan Taylor to Danielle McKinney, containing e-mail #43 above.
45. January 23, 2008 e-mail re: SF Aesthetics Insurance, from Danielle McKinney to Susan Taylor, containing e-mails 43 and 44 above.
46. January 23, 2008 e-mail re: SF Aesthetics Insurance, from Susan Taylor to Danielle McKinney, Karen Cook, Michael Fassler, and Erin Magagna, cc Corey Olender, containing e-mail #43 above.
47. January 23, 2008 e-mail re: SF Aesthetics February Rent, from Danielle McKinney to Susan Taylor, cc Erin Magagna.
48. January 23, 2008 e-mail re: SF Aesthetics February Rent, from Susan Taylor to Danielle McKinney, cc Erin Magagna and Laurie Fox, containing e-mail #47 above.
49. January 23, 2008 e-mail re: SF Aesthetics February Rent, from Laurie Fox to Susan Taylor, Erin Magagna, and Danielle McKinney, containing e-mails 47 and 48 above.
50. January 23, 2008 e-mail re: SF Aesthetics February Rent, from Danielle McKinney to Laurie Fox, cc Susan Taylor, containing e-mails 47, 48, and 49 above.
51. January 24, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Susan Taylor and Erin Magagna.
52. January 24, 2008 e-mail re: SF Aesthetics Letter, from Susan Taylor to Danielle McKinney and Erin Magagna, containing e-mail #51 above.
53. January 24, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Susan Taylor and Erin Magagna, containing e-mails 51 and 52 above.
54. January 24, 2008 e-mail re: SF Aesthetics Letter, from Susan Taylor to Danielle McKinney and Erin Magagna, containing e-mails 51, 52, and 53 above.
55. January 24, 2008 e-mail re: SF Aesthetics Holdover Letter, from Danielle McKinney to Jeffrey Deis, Adam Engelskirchen, Michael Fassler, Karen Cook, Erin Magagna, Elena Anaya, and Susan Taylor.
56. January 24, 2008 e-mail re: SF Aesthetics Holdover Letter, from Susan Taylor to Danielle McKinney, containing e-mail #55 above.
57. February 5, 2008 e-mail re: SF Aesthetics February Rent, from Danielle McKinney to Susan Taylor and Erin Magagna.

58. February 5, 2008 e-mail re: SF Aesthetics February Rent, from Susan Taylor to Karen Cook and Charles O'Connor, cc Danielle McKinney, containing e-mail #57 above.
59. February 5, 2008 e-mail re: SF Aesthetics February Rent, from Charles O'Connor to Susan Taylor and Karen Cook, cc Danielle McKinney, containing e-mails 57 and 58 above.
60. February 5, 2008 e-mail re: SF Laser – Insurance Letter, from Corey Olender to Erin Magagna and Susan Taylor, cc Danielle McKinney.
61. February 15, 2008 e-mail from Stephen Rose to Charles O'Connor (inadvertently withheld because it was part of a privileged e-mail string, as described below). Please let us know if you need us to produce your own e-mail.
62. February 15, 2008 e-mail re: Plaintiff's Proposed 1st Amended Complaint, from Charles O'Connor to Susan Taylor, cc Karen Cook, containing e-mail #61 above.
63. February 21, 2008 e-mail re: Plaintiff's Proposed 1st Amended Complaint, from Susan Taylor to Danielle McKinney, containing e-mails 61 and 62 above.
64. February 21, 2008 e-mail re: Charles M. O'Connor, from Susan Taylor to Danielle McKinney.
65. February 21, 2008 e-mail re: CBRE's counsel, from Susan Taylor to Danielle McKinney.
66. February 27, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Susan Taylor, Erin Magagna, and Michael Fassler.
67. February 27, 2008 e-mail re: SF Aesthetics Letter, from Susan Taylor to Charles O'Connor and Karen Cook, containing e-mail #66 above.
68. February 27, 2008 e-mail re: SF Aesthetics Letter, from Charles O'Connor to Susan Taylor, containing e-mails 66 and 67 above.
69. February 27, 2008 e-mail re: SF Aesthetics Letter, from Susan Taylor to Danielle McKinney, cc Karen Cook, containing e-mails 66, 67, and 68 above.
70. February 27, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Susan Taylor and Charles O'Connor, cc Karen Cook, containing e-mails 66, 67, 68, and 69 above.
71. February 27, 2008 e-mail re: SF Aesthetics Letter, from Charles O'Connor to Danielle McKinney and Susan Taylor, cc Karen Cook, containing e-mails 66, 67, 68, 69, and 70 above.
72. February 27, 2008 e-mail re: SF Aesthetics Letter, from Danielle McKinney to Charles O'Connor, containing e-mails 66, 67, 68, 69, 70, and 71 above.
73. February 27, 2008 e-mail re: SF Aesthetics Letter, from Charles O'Connor to Danielle McKinney, containing e-mails 66, 67, 68, 69, 70, 71, and 72 above.
74. March 5, 2008 e-mail re: SF Aesthetics v. Presidio Trust, Time Sensitive Confidential Communication, from Karen Cook to Elena Anaya, Adam Engelskirchen, Michael Fassler, Erin Magagna, Danielle McKinney, Corey Olender, and Joe Smallwood, cc Susan Taylor and Laurie Fox.
75. March 4, 2008 e-mail re: Tenant Insurance Question, from Danielle McKinney to Frederick E Robinson.
76. March 4, 2008 e-mail re: Tenant Insurance Question, from Frederick Robinson to Sally H Piehl and Aida Orphan, containing e-mail #75 above.

77. March 4, 2008 e-mail re: Tenant Insurance Question, from Aida Orphan to Danielle McKinney, containing e-mails 75 and 76 above.
78. March 5, 2008 e-mail re: San Francisco Aesthetics and Lazer Medicine – state farm cert, from Greg Mcverry to Danielle McKinney, cc Aida Orphan and Sally Piehl, containing e-mails 75, 76, and 77 above.
79. March 5, 2008 e-mail re: San Francisco Aesthetics and Lazer Medicine – state farm cert, from Danielle McKinney to Susan Taylor, cc Corey Olender, containing e-mails 75, 76, 77, and 78 above.
80. March 6, 2008 e-mail re: SF Aesthetics, from Danielle McKinney to Michael Fassler and Susan Taylor, cc Erin Magagna.
81. March 7, 2008 e-mail re: SF Aesthetics Rent, from Danielle McKinney to Michael Fassler, Erin Magagna, and Susan Taylor.
82. March 12, 2008 e-mail re: SF Aesthetics, from Danielle McKinney to Susan Taylor.
83. March 12, 2008 e-mail re: SF Aesthetics, from Susan Taylor to Danielle McKinney, containing e-mail #82 above.
84. March 12, 2008 e-mail re: SF Aesthetics, from Danielle McKinney to Susan Taylor, containing e-mails 82 and 83 above.
85. March 12, 2008 e-mail re: SF Aesthetics, from Susan Taylor to Danielle McKinney, containing e-mails 82, 83, and 84 above.
86. March 13, 2008 e-mail re: Insurance for SF Aesthetics, from Danielle McKinney to Susan Taylor, cc Erin Magagna.
87. March 28, 2008 e-mail re: SF Aesthetics Holdover Rent, from Karen Cook to Danielle McKinney.
88. March 31, 2008 e-mail re: SF Aesthetics Holdover Rent, from Danielle McKinney to Karen Cook, cc Erin Magagna, containing e-mail #87 above.
89. April 9, 2008 e-mail re: SF Aesthetics Insurance, from Danielle McKinney to Erin Magagna and Susan Taylor.
90. April 9, 2008 e-mail re: SF Aesthetics Insurance, from Susan Taylor to Danielle McKinney and Erin Magagna, containing e-mail #89 above.
91. April 9, 2008 e-mail re: SF Aesthetics Insurance, from Danielle McKinney to Susan Taylor, containing e-mails 89 and 90 above.
92. April 10, 2008 e-mail re: SF Aesthetics Insurance, from Susan Taylor to Danielle McKinney, cc Erin Magagna, containing e-mails 89, 90, and 91 above.
93. April 10, 2008 e-mail re: Served with Papers by Dr. Tsais Attorney, from Danielle McKinney to Susan Taylor.
94. April 10, 2008 e-mail re: Served with Papers by Dr. Tsais Attorney, from Susan Taylor to Danielle McKinney, containing e-mail #95 above.
95. April 9, 2008 e-mail re: SF Aesthetics, from Susan Taylor to Erin Magagna and Danielle McKinney.
96. April 11, 2008 e-mail re: SF Aesthetics, from Danielle McKinney to Susan Taylor and Erin Magagna, containing e-mail #95 above.
97. May 12, 2008 e-mail re: SF Aesthetics Lease, from Danielle McKinney to Susan Taylor and Kern Cook.
98. May 12, 2008 e-mail re: SF Aesthetics Lease, from Susan Taylor to Danielle McKinney, containing e-mail #97 above.

99. May 29, 2008 e-mail re: Litigation with SF Aesthetics, from Susan Taylor to Robert Thomson, Lucas Griffith, and Michael Lamb.
100. May 30, 2008 e-mail re: Litigation with SF Aesthetics, from Michael Lamb to Susan Taylor, cc Robert Thomson and Lucas Griffith, containing e-mail #99 above.
101. May 30, 2008 e-mail re: Litigation with SF Aesthetics, from Susan Taylor to Michael Lamb and Pat Kaye, cc Robert Thomson and Lucas Griffith, containing e-mails 99 and 100 above.
102. May 30, 2008 e-mail re: Litigation with SF Aesthetics, from Pat Kaye to Susan Taylor, cc Danielle McKinney, Roy Blomquist, and Michael Fassler, containing e-mails 99, 100, and 101 above.
103. May 30, 2008 e-mail re: Litigation with SF Aesthetics, from Roy Blomquist to Pat Kaye, Susan Taylor, Steve Potts, and Cindy Marshall, cc Michael Lamb, Danielle McKinney, and Michael Fassler, containing e-mails 99, 100, 101, and 102 above.
104. May 30, 2008 e-mail re: Litigation with SF Aesthetics, from Susan Taylor to Roy Blomquist, Pat Kaye, Steve Potts, and Cindy Marshall, containing e-mails 99, 100, 101, 102, and 103 above.
105. May 30, 2008 e-mail re: Litigation with SF Aesthetics, from Susan Taylor to Roy Blomquist, Pat Kaye, Steve Potts, and Cindy Marshall, cc Michael Lamb, Danielle McKinney, and Michael Fassler, containing e-mails 99, 100, 101, 102, and 103 above.

Sincerely,

CB RICHARD ELLIS, INC.

Derek S. Whitman

cc: Susan Taylor
    Charles O'Connor
    Paul Utrecht