1  STEPHEN KENT ROSE
   Attorney at Law
2  Post Office Box 2400
   Sausalito, California 94966
3  California State Bar Number 77941
   415 332 6000
4
   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| San Francisco Aesthetics and Laser Medicine, Incorporated, et al., <br> Plaintiff, <br> vs. <br> The Presidio Trust, et al., <br> Defendant. | Civil Action No. 07 5170 EDL <br><br> [Proposed] ORDER GRANTING MOTION TO ENFORCE SUBPOENA DUCES TECUM |

This matter came on for hearing of Plaintiff's Motion to Enforce Subpoena Duces Tecum and the court having considered all written materials submitted by the parties and considered the arguments of counsel, and being fully advised in the premises, IT IS HEREBY ORDERED that Plaintiff's Motion to Enforce Subpoena Duces Tecum is granted.

Dated: _____

_____
ELIZABETH D. LAPORTE

United States Magistrate Judge

ORDER GRANTING MOTION TO ENFORCE SUBPOENA DUCES TECUM