**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AESTHETICS AND
LASER MEDICINE, INC., et al.,

    Plaintiffs,                        No. C 07-5170 EDL

    v.                              CLERK'S NOTICE

THE PRESIDIO TRUST, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Compel Discovery Responses From Plaintiff, document 54, and Plaintiffs' Motion to Enforce Subpoena Duces Tecum, document 57, noticed for July 29, 2008 at 9:00 a.m., has been continued to **August 5, 2008 at 9:30 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The briefing schedule remains unchanged with oppositions due no later than **July 8, 2008** and reply briefs due no later than **July 15, 2008**.

Dated: June 27, 2008

                                               FOR THE COURT,
                                               Richard W. Wieking, Clerk

                                     by: _Lili M. Harrell_____
                                                 Lili M. Harrell
                                                 Courtroom Deputy