JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
   Assistant United States Attorney
   450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-7200
   Facsimile: (415) 436-6748

Attorney for Defendant
Erin Magagna

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PRESIDIO TRUST, et al.<br><br>    Defendants.<br><hr>THE UNITED STATES OF AMERICA,<br><br>    Defendant and Counter-Claimant,<br><br>v.<br><br>SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D.<br><br>    Plaintiffs and Counter-Defendants. | No. C 07-5170 EDL<br><br><br><br><br><br><br><br><br>**DEFENDANT ERIN MAGAGNA'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil action, through her counsel of record, hereby voluntarily consents to have a

//

ERIN MAGAGNA'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
*San Francisco Aesthetics v. The Presidio Trust* C 07-5170 EDL

1  United States Magistrate Judge conduct any and all proceedings in the case, including trial, and
2  order entry of judgment in the above captioned case.
3  DATED: July 1, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorney for Defendant Erin Magagna

**ERIN MAGAGNA'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
*San Francisco Aesthetics v. The Presidio Trust* C 07-5170 EDL                -2-