1  PAUL F. UTRECHT (SBN 118658)
   RONALD D. SCHIVO (SBN 139524)
2  ZACKS UTRECHT & LEADBETTER, P.C.
   235 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Tel: (415) 956-8100
4
   Attorneys for Defendant
5  DANIELLE MCKINNEY

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO

11

12 | SAN FRANCISCO AESTHETICS AND LASER | Civil Action No. CV 07-5170 EDL
   | MEDICINE, INCORPORATED, et al.,
13 |                                      | DEFENDANT DANIELLE
   |            Plaintiffs,                | MCKINNEY'S CONSENT TO
14 |                                      | PROCEED BEFORE A UNITED
   | vs.                                   | STATES MAGISTRATE JUDGE
15 |
   | THE PRESIDIO TRUST, et al.,
16 |
   |            Defendants.
17 |

18

19         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

20         In accordance with the provisions of Title 28, U.S.C. Section 636 (c), the undersigned party

21 hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in

22 the case including trial, and order the entry of a final judgment. Appeal from the judgment shall be

23 taken directly to the United States Court of Appeals for the Ninth Circuit.

24 Date: June 30, 2008                          ZACKS UTRECHT & LEADBETTER, P.C.

25                                                  _____/s/_____
                                                       Ronald D. Schivo
26                                                 Attorneys for Danielle McKinney

27

28 DEFENDANT DANIELLE MCKINNEY'S CONSENT TO PROCEED BEFORE A UNITED
                        STATES MAGISTRATE JUDGE
                                Page 1 of 1