Total Time (Hrs): **7.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** July 1, 2008
**TITLE:** S.F. Aesthetics -v- Presidio Trust        **CASE #:** C-07-5170 EDL

**APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Stephen K. Rose | Paul F. Utrecht |
|  | Charles M. O'Connor |
|  | Susan T. Taylor |

**Deputy Clerk:** Brenda Tolbert        **FTR:** 5:32 - 5:49

**PROCEEDINGS:**

- ___ Case Management
- ___ Further Case Management
- ___ Status Conference
- ___ Pretrial Conference
- _X_ Settlement Conference (Length: 7.5 Hr/s.)
- ___ Evidentiary Hearing
- ___ Examination of Judgment Debtor
- ___ Motions
- ___ Other:

**ORDER/RESULTS:**

Settlement Conference Held. CASE SETTLED.

**Case Continued To:** _____ **For:** _____
**Case Referred To:** _____ **For:** _____

**ORDER TO BE PREPARED BY:** Defendant to prepare Order

cc: Chambers File, Chris, Brenda, Other: