1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   Northern District of California
    JOANN M. SWANSON (CSBN 88143)
3   Chief, Civil Division
    CHARLES M. O'CONNOR  (CSBN 56320)
4       Assistant United States Attorney
        450 Golden Gate Avenue, 9th Floor
5       P.O. Box 36055
        San Francisco, CA 94102-3495
6       Telephone:  (415) 436-7200
        Facsimile:   (415) 436-6748
7
    Attorneys for Defendants
8   and Counter-Complainant

9
                    IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
11

12  SAN FRANCISCO AESTHETICS AND      ) No. C 07-5170 EDL
    LASER MEDICINE, INC.              )
13                                    )
                 Plaintiff,           )
14                                    )
         v.                           )
15                                    )
    THE PRESIDIO TRUST, et al.        )
16                                    )
                 Defendants.          ) STIPULATION EXTENDING THE
17  _____  ) CUT-OFF DATE FOR DEPOSITION
                                      ) MARCUS HARTSFIELD
18  THE UNITED STATES OF AMERICA,     )      (Civil Local Rule 6-1(a))
                                      )
19               Defendant and        )      **ORDER**
                 Counter-Claimant,    )
20                                    )
         v.                           )
21                                    )
    SAN FRANCISCO AESTHETICS AND      )
22  LASER MEDICINE, INCORPORATED,     )
    JEANNIE TSAI, M.D.                )
23                                    )
                 Plaintiffs and       )
24               Counter-Defendants.  )
    _____  )

25
        IT IS HEREBY STIPULATED by the plaintiffs and defendants Presidio Trust, Erin
26
    Magagna, and Danielle McKinney, through their respective undersigned counsel, that the cut-off
27
    date for the deposition of Marcus Hartsfield may be extended to and until July 11, 2008.   This
28

    Stipulation Extending Cut-Off Date for Deposition of Marcus Hartsfield; Order
    *San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL

1  extension shall apply and be limited to the satisfaction of the subpoena duces tecum served upon

2  Marcus Hartsfield and conducting his oral deposition, only, and does not apply to any other

3  written discovery requests or any other forms of discovery, of any kind.

4      This is the second extension of the cut-off date for depositions, the first of which extended

5  the deposition discovery date until June 30, 2008.  This extension will not cause any change to

6  any hearing dates or other scheduled matters in this case.

7                              Respectfully submitted,

8  Dated: June___, 2008        LAW OFFICES OF STEPHEN KENT ROSE

9

10

11                             _____
                               STEPHEN KENT ROSE

12                             Attorneys for Plaintiffs

13  Dated: June__, 2008         JOSEPH P. RUSSONIELLO
                               United States Attorney

14

15

16                             CHARLES M. O'CONNOR
                               Assistant United States Attorney

17                             Attorneys for Defendant Presidio Trust
                               and Erin Magagna

18  Dated: June__, 2008         ZACKS, UTRECHT, & LEDBETTER, P.C.

19

20

21                             _____
                               PAUL F. UTRECHT Paul F. Utrecht

22                             Attorneys for Defendant Danielle McKinney

23

24                             **ORDER**

25      IT IS SO ORDERED,

26

    Dated:_____, 2008

27                             _____
                               ELIZABETH D. LAPORTE
                               United States Magistrate Judge

28

Stipulation Extending Cut-Off Date for Deposition of Marcus Hartsfield; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL                     -2-