```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  Northern District of California
    JOANN M. SWANSON (CSBN 88143)
 3  Chief, Civil Division
    CHARLES M. O'CONNOR (CSBN 56320)
 4     Assistant United States Attorney
       450 Golden Gate Avenue, 9th Floor
 5     P.O. Box 36055
       San Francisco, CA 94102-3495
 6     Telephone: (415) 436-7200
       Facsimile: (415) 436-6748
 7
    Attorneys for Defendants
 8  and Counter-Complainant
 9
                  IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
11
12  SAN FRANCISCO AESTHETICS AND     ) No. C 07-5170 EDL
    LASER MEDICINE, INC.             )
13                                   )
               Plaintiff,            )
14                                   )
          v.                         )
15                                   )
    THE PRESIDIO TRUST, et al.       )
16                                   )
               Defendants.           ) STIPULATION EXTENDING THE
17  _____  ) CUT-OFF DATE FOR DEPOSITION
                                     ) MARCUS HARTSFIELD
18  THE UNITED STATES OF AMERICA,    )   (Civil Local Rule 6-1(a))
                                     )
19         Defendant and             )         ORDER
           Counter-Claimant,         )
20                                   )
          v.                         )
21                                   )
    SAN FRANCISCO AESTHETICS AND     )
22  LASER MEDICINE, INCORPORATED,    )
    JEANNIE TSAI, M.D.               )
23                                   )
           Plaintiffs and            )
24         Counter-Defendants.       )
    _____  )
25
       IT IS HEREBY STIPULATED by the plaintiffs and defendants Presidio Trust, Erin
26
    Magagna, and Danielle McKinney, through their respective undersigned counsel, that the cut-off
27
    date for the deposition of Marcus Hartsfield may be extended to and until July 11, 2008. This
28
```

Stipulation Extending Cut-Off Date for Deposition of Marcus Hartsfield; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL

1  extension shall apply and be limited to the satisfaction of the subpoena duces tecum served upon
2  Marcus Hartsfield and conducting his oral deposition, only, and does not apply to any other
3  written discovery requests or any other forms of discovery, of any kind.
4      This is the second extension of the cut-off date for depositions, the first of which extended
5  the deposition discovery date until June 30, 2008.   This extension will not cause any change to
6  any hearing dates or other scheduled matters in this case.

Respectfully submitted,

Dated: June___, 2008            LAW OFFICES OF STEPHEN KENT ROSE

_____
STEPHEN KENT ROSE

Attorneys for Plaintiffs

Dated: June 27, 2008            JOSEPH P. RUSSONIELLO
United States Attorney

_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for Defendant Presidio Trust
and Erin Magagna

Dated: June 27, 2008            ZACKS, UTRECHT, & LEDBETTER, P.C.

_____
PAUL F. UTRECHT  Paul F. Utrecht

Attorneys for Defendant Danielle McKinney

**ORDER**

IT IS SO ORDERED,

Dated: July 3___, 2008          _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*