UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC.,

    Plaintiff,

    v.

THE PRESIDIO TRUST,

    Defendant.
_____/

No.   C 07-05170   EDL

ORDER REGARDING CONDITIONAL DISMISSAL

Plaintiffs have requested that this case be reinstated and that the conditional dismissal entered on August 4, 2008, be set aside. Defendants Presidio Trust and Counter-Claimant United States of America have filed a statement of non-opposition to Plaintiffs' request. The Court denies Plaintiffs' request to reinstate the case at this time. However, the parties will be given additional time to reduce their settlement agreement to written form.

IT IS HEREBY ORDERED that the Order of Conditional Dismissal, entered August 4, 2008, be amended to grant leave to reinstate the action on or before December 1, 2008, for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before December 1, 2008, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: October 29, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge