**United States District Court**

For the Northern District of California

1
2
3
4
5                       UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    SAN FRANCISCO AESTHETICS AND LASER
     MEDICINE, INC.,
9

10             Plaintiff,                          No.   C 07-05170   EDL

11        v.                                       ORDER FURTHER EXTENDING
                                                   CONDITIONAL DISMISSAL
12
     THE PRESIDIO TRUST,
13
               Defendant.
14   _____/

15

16        On October 30, 2008, the Court amended the conditional dismissal, entered on August 4, 2008,

17   to grant leave to reinstate the action on or before December 1, 2008.  On November 21, 2008, the parties

18   filed a stipulation to request that this case be reinstated and that the conditional dismissal be set aside,

19   or in the alternative, request and stipulate that the conditional dismissal be extended until January 16,

20   2009.

21        IT IS HEREBY ORDERED that the Order of Conditional Dismissal, entered August 4, 2008,

22   be further amended to grant leave to reinstate the action on or before January 16, 2009.  In the event a

23   request to reinstate the case is not filed and served on opposing counsel on or before January 16, 2009,

24   the dismissal will be with prejudice.

25        IT IS SO ORDERED.

26   Dated: November 25, 2008

27                                                 _____
                                                   ELIZABETH D. LAPORTE
28                                                 United States Magistrate Judge