```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  Northern District of California
    JOANN M. SWANSON (CSBN 88143)
 3  Chief, Civil Division
    CHARLES M. O'CONNOR  (CSBN 56320)
 4      Assistant United States Attorney
        450 Golden Gate Avenue, 9th Floor
 5      P.O. Box 36055
        San Francisco, CA 94102-3495
 6      Telephone:  (415) 436-7200
        Facsimile:   (415) 436-6748
 7
    Attorneys for Defendants
 8  and Counter-Complainant
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PRESIDIO TRUST, et al. <br><br> Defendants. <br> _____ <br> THE UNITED STATES OF AMERICA, <br><br> Defendant and <br> Counter-Claimant, <br><br> v. <br><br> SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D. <br><br> Plaintiffs and <br> Counter-Defendants. <br> _____ | No. C 07-5170 EDL (MEJ) <br><br><br><br><br><br> **STIPULATION AND ORDER** ~~(Proposed)~~ ~~TO REINSTATE CASE OR, IN THE ALTERNATIVE~~**, EXTENDING THE CONDITIONAL DISMISSAL OF CASE** |

The parties to the above-captioned case have been unable to reach a written stipulated judgment which reflects the terms of the settlement to which those same parties verbally agreed, on the record, at the conclusion of the settlement conference conducted by the Honorable Maria

STIPULATION AND ORDER TO REINSTATE CASE OR EXTEND CONDITIONAL DISMISSAL
C 07-5170 EDL

Elena-James on July 1, 2008.  Therefore, the parties to this action, through their respective undersigned counsel, hereby request and stipulate that this case be reinstated and that the conditional dismissal entered herein on August 4, 2008 be set aside.

In the alternative, the parties hereby request and stipulate that 1) the conditional dismissal of this matter entered by the Court may be extended to and until February 27, 2009 to allow the parties additional time to complete a written stipulated judgment which reflects the terms for settlement upon which the parties verbally agreed; and, 2) the Court may refer the parties to Magistrate Judge Maria Elena-James for the purpose of helping the parties transfer the terms to which the parties verbally agreed on July 1, 2008, into a writing in the form of a stipulated judgment concluding this case.

Respectfully submitted,

Dated: January 14, 2009         OFFICES OF STEPHEN KENT ROSE

_____/s/_____

STEPHEN KENT ROSE

Attorneys for Plaintiffs

Dated: January 14, 2009         JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
CHARLES M. O'CONNOR
Assistant U.S. Attorney

Attorneys for Defendants Presidio Trust,
Erin Magagna, and Counter-Complainant
United States of America

//

//

//

STIPULATION AND ORDER TO REINSTATE CASE OR EXTEND CONDITIONAL DISMISSAL
C 07-5170 EDL                                                                                              -2-

Dated: January 14, 2009          ZACKS UTRECHT & LEDBETTER


                    _____/s/_____
                    PAUL F. UTRECHT

                         Attorneys for Danielle McKinney

### ORDER

IT IS HEREBY ORDERED that the conditional dismissal of this case shall be extended to and including February 27, 2009, to allow the parties additional time to complete a stipulated judgment which reflects the terms for settlement upon which the parties have previously verbally agreed; and,

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Maria Elena-James for the purpose of helping the parties transfer the terms to which the parties verbally agreed on July 1, 2008, into a writing in the form of a stipulated judgment concluding this case.

Dated: January __15__, 2009



STIPULATION AND ORDER TO REINSTATE CASE OR EXTEND CONDITIONAL DISMISSAL
C 07-5170 EDL                                                           -3-