**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., <br><br>    Plaintiff, <br><br>v. <br><br>THE PRESIDIO TRUST, <br><br>    Defendant.                             / | No. C-07-05170 EDL (MEJ) <br><br>**ORDER REFERRING CASE FOR FURTHER SETTLEMENT CONFERENCE** |

      This matter is referred to Magistrate Judge Maria-Elena James to conduct a further settlement conference. The parties will be contacted with a date and time for the conference by notice from Judge James' Chambers.

**IT IS SO ORDERED.**

Dated: March 2, 2009

                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge