IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE INC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PRESIDIO TRUST, et al.,<br><br>    Defendants.          / | No. C-07-05170  EDL<br><br>**ORDER REGARDING REQUEST TO REINSTATE CASE** |

On March 16, 2009, Defendants filed a request to reinstate the case, indicating that the parties' attempts to arrive at a written stipulated judgment have failed.  Defendants indicate that they wish to file a motion to enforce the settlement or motions for summary judgment to reinitiate litigation of the issues in the case.  Plaintiffs oppose Defendants' request.  Plaintiffs may file further opposition to this request no later than March 18, 2009 at 4:00 p.m.  The Court will then notify the parties whether it will reinstate the case.

**IT IS SO ORDERED.**

Dated: March 17, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge