IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PRESIDIO TRUST, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C-07-05170  EDL<br><br>**ORDER REGARDING REQUEST TO REINSTATE CASE** |

On March 16, 2009, Defendants filed a request to reinstate the case, indicating that the parties' attempts to arrive at a written stipulated judgment have failed.  Defendants indicate that they wish to file a motion to enforce the settlement or motions for summary judgment to reinitiate litigation of the issues in the case.  Plaintiffs oppose Defendants' request, noting that the parties are now scheduled to attend a further settlement conference on March 24, 2009.  The Court will not reinstate the case at this time, due to the recently scheduled settlement conference.  However, if the case does not settle fully at the upcoming settlement conference, the Court intends to reinstate the case immediately.

**IT IS SO ORDERED.**

Dated: March 19, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge