E-filing



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE INC, <br><br> Plaintiff, <br><br> v. <br><br> THE PRESIDIO TRUST, <br><br> Defendant. | No. C-07-05170 EDL <br><br> **ORDER REINSTATING CASE; REFERRING MOTION FOR REPORT AND RECOMMENDATION** |

In its March 19, 2009 order, the Court previously stated that it would reinstate the case if the parties did not reach an understanding in their conference with the Honorable Maria-Elena James. The Court hereby reinstates the case and gives permission for either or both parties to file a motion to enforce the prior settlement, with the remainder of the proceedings stayed. That motion is hereby referred to Judge James for setting a briefing schedule and for a report and recommendation.

**IT IS SO ORDERED.**

Dated: March 2, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge