**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, et al., | No. C 07-5170 EDL (MEJ) |
| Plaintiff(s), | **ORDER CONTINUING HEARING RE: CROSS-MOTIONS TO ENFORCE SETTLEMENT** |
| vs. | |
| THE PRESIDIO TRUST, et al., | |
| Defendant(s). | |

This matter is currently scheduled for a hearing on May 7, 2009 regarding the parties' cross-motions to enforce settlement agreement. The Court hereby CONTINUES the May 21, 2009 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: April 27, 2009

MARIA-ELENA JAMES
United States Magistrate Judge