1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

SAN FRANCISCO AESTHETICS AND LASER
MEDICINE, et al.,

11

No. C 07-5170 EDL (MEJ)

**ORDER VACATING HEARING RE:**
**CROSS-MOTIONS TO ENFORCE**
**SETTLEMENT**

12

Plaintiff(s),

13

vs.

14

THE PRESIDIO TRUST, et al.,

15

Defendant(s).
_____/

16
17        This matter is currently scheduled for a hearing on May 21, 2009 regarding the parties' cross-

18  motions to enforce settlement agreement.  Pursuant to Civil Local Rule 7-1(b), the Court finds a

19  hearing unnecessary and hereby VACATES the May 21, 2009 hearing.  The Court shall issue a

20  report and recommendation forthwith.

21        **IT IS SO ORDERED.**

22
23  Dated: May 20, 2009                    _____
                                            MARIA-ELENA JAMES
24                                          United States Magistrate Judge
25
26
27
28