JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
   Assistant United States Attorney
   450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
   San Francisco, CA 94102-3495
   Telephone:   (415) 436-7200
   Facsimile:    (415) 436-6748

Attorneys for Defendants
and Counter-Complainant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC. <br><br>    Plaintiff, <br><br> v. <br><br> THE PRESIDIO TRUST, et al. <br><br>    Defendants. <br> _____ <br> THE UNITED STATES OF AMERICA, <br><br>    Defendant and <br>    Counter-Claimant, <br><br> v. <br><br> SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D. <br><br>    Plaintiffs and <br>    Counter-Defendants. <br> _____ | No. C 07-5170 EDL <br><br><br><br><br><br><br><br> **STIPULATION TO SHORTEN TIME FOR HEARING OF FEDERAL DEFENDANTS' MOTION TO EXPAND THE RECORD** <br><br> (Civil Local Rules 6-1 and 6-2) <br><br> **ORDER** <br> (~~Proposed~~) |

   IT IS HEREBY STIPULATED by the plaintiffs and federal defendants, through their respective undersigned counsel, that the noticed time for hearing of federal defendants' motion to expand the record for the plaintiffs' motion for de novo determination of the cross-motions to

Stipulation to Shorten Time for Hearing of Defendants' Motion to Expand the Record; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL (MEJ)

enforce settlement agreement (hereafter, "Motion for De Novo Determination") may be shortened to 21 days and heard on the same date as the plaintiffs' Motion for De Novo Determination, August 18, 2009.

Pursuant to Civil Local Rules 6-1 and 6-2, this stipulation is accompanied by a declaration of counsel for federal defendants setting forth the reasons and ramifications of granting this motion.

This is the first request to shorten time for the federal defendants' motion to expand the record and, unless the Court orders a change, the shortening of time will not cause any change to any hearing dates or other scheduled matters in this case. A proposed order granting the requested shortening of time and including any changes to the schedule determined necessary by the Court, is attached hereto.

Respectfully submitted,

Dated: July 27, 2009          LAW OFFICES OF STEPHEN KENT ROSE


                              /s/
                              _____
                              STEPHEN KENT ROSE

                                  Attorneys for Plaintiffs


Dated: July 27, 2009          ZACKS UTRECHT & LEADBETTER


                              /s/
                              _____
                              PAUL F. UTRECHT

                                  Attorneys for Danielle McKinney

//
//
//
//
//
//
//

Stipulation to Shorten Time for Hearing of Defendants' Motion to Expand the Record; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL (MEJ)                    -2-

| | |
|---|---|
| Dated: July 27, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/ |
| | CHARLES M. O'CONNOR<br>Assistant United States Attorney |
| | Attorneys for Federal Defendants and<br>Erin Magagna |

### ORDER

IT IS SO ORDERED, the federal defendants' may file their motion to expand the record by July 27, 2009. Plaintiffs' opposition to defendants' motion to expand the record will be filed not later than August 4, 2009. Defendants reply, if any, may filed not later than August 7, 2009. The Court will hear defendants' motion to expand the record as noticed, on August 18, 2009 at 9:00 a.m. ~~(on _____, 2009, at _____ a.m. (p.m.))~~

Dated: July 31, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate

IT IS SO ORDERED
Judge Elizabeth D. Laporte

Stipulation to Shorten Time for Hearing of Defendants' Motion to Expand the Record; Order
*San Francisco Aesthetics v. The Presidio Trust, et. al* C 07-5170 EDL (MEJ)             -3-