1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   SAN FRANCISCO AESTHETICS AND              No. C-07-05170  EDL
    LASER MEDICINE INC,
9                                             **ORDER VACATING HEARING;**
              Plaintiff,                      **DENYING PLAINTIFF'S MOTION FOR**
10                                            **DE NOVO DETERMINATION OF**
                                              **CROSS-MOTIONS TO ENFORCE**
11     v.                                     **SETTLEMENT AGREEMENT AND**
                                              **GRANTING DEFENDANT'S MOTION**
12   THE PRESIDIO TRUST,                      **TO EXPAND THE RECORD**

13            Defendant.
    _____/

14

15          On June 3, 2009, the Honorable Maria-Elena James issued a Report and Recommendation

16   Re Motion and Cross Motion to Enforce Settlement Agreement, recommending that the Court grant

17   the Federal Defendants' Motion to Enforce the Settlement Agreement consistent with certain

18   modifications and deny Plaintiff's Motion to Enforce.  Plaintiff filed a motion for de novo

19   determination of the cross motions to enforce the settlement agreement, and Defendant filed a

20   motion to expand the record.  The Court finds both motions suitable for decision without a hearing,

21   vacates the August 18, 2009 hearing, and after reviewing de novo the portions of the magistrate

22   judge's disposition objected to by Plaintiff, pursuant to Federal Rule of Civil Procedure 72(b)(3),

23   denies Plaintiff's motion for de novo determination, and grants Defendant's unopposed motion to

24   expand the record, although Defendant's additional evidence does not change the outcome of the

25   Court's ruling.  The Court adopts the Report and Recommendation for the reasons stated therein and

26   denies Plaintiff's objections to that Report.

27        **IT IS SO ORDERED.**

28   Dated: August 13, 2009                    *Elizabeth D. Laporte*
                                               _____
                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge

*United States District Court*
*For the Northern District of California*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California