IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE INC,<br><br>        Plaintiff,<br><br>   v.<br><br>THE PRESIDIO TRUST,<br><br>        Defendant.<br>_____/ | No. C-07-05170 EDL<br><br>**ORDER REFERRING REQUEST FOR REPORT AND RECOMMENDATION** |

On September 4, 2009, Defendants filed a request for assistance of the Honorable Maria-Elena James to resolve the parties' dispute regarding computation of amount due per the amended stipulated judgment entered by the Court. Accordingly, that request is hereby referred to Judge James to try to resolve and to issue a report and recommendation, if she deems appropriate.

**IT IS SO ORDERED.**

Dated: September 18, 2009

                                                                                    _____
                                                                                    ELIZABETH D. LAPORTE
                                                                                    United States Magistrate Judge