UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE INC, *et al.*,<br><br>        Plaintiffs,<br>  v.<br>THE PRESIDIO TRUST, *et al*.<br><br>        Defendants.<br>_____/ | No. C 07-05170 EDL (MEJ)<br><br>**ORDER STAYING MOTION RE AMOUNT DUE UNDER AMENDED STIPULATED JUDGMENT** |

On September 4, 2009, Defendant and Counter-Claimant United States of America and Defendant Erin Magagna filed a document entitled, "Request for Assistance of Magistrate Judge to Resolve Parties Dispute Re Computation of Amount Due Per Amended Stipulated Judgement." (Dkt. #123.) On September 18, 2009, Judge Elizabeth D. Laporte, the presiding judge in this matter, issued an Order referring the Request to the undersigned for resolution and preparation of a report and recommendation. (Dkt. #128.) However, as this matter is currently on appeal before the Ninth Circuit Court of Appeals (Dkt. #129), the Court finds that any order issued by this Court on Defendants' motion may become moot once the Ninth Circuit issues an opinion. Accordingly, the Court hereby STAYS Defendants' motion. The parties shall file a joint status report within 21 days of the Ninth Circuit's dispositive ruling.

**IT IS SO ORDERED.**

Dated: February 16, 2010

                                                  _____<br>
                                                  Maria-Elena James<br>
                                                  Chief United States Magistrate Judge