JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
    Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102-3495
Telephone:  (415) 436-7200
Facsimile:   (415) 436-6748

Attorneys for Defendants
and Counter-Complainant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INC., et al., <br><br>    Plaintiffs, <br><br>v. <br><br>THE PRESIDIO TRUST, et al. <br><br>    Defendants. <br>_____ <br>THE UNITED STATES OF AMERICA, <br><br>    Defendant and <br>    Counter-Claimant, <br><br>v. <br><br>SAN FRANCISCO AESTHETICS AND LASER MEDICINE, INCORPORATED, JEANNIE TSAI, M.D. <br><br>    Plaintiffs and <br>    Counter-Defendants. <br>_____ | No. C 07-5170 EDL (MEJ) <br><br><br><br><br><br><br>**FEDERAL DEFENDANTS' REQUEST FOR LEAVE TO FILE A BRIEF IN REPLY TO PLAINTIFFS' OPPOSITION BRIEF REGARDING ACCOUNTING** <br><br>**ORDER** <br>[Proposed] <br><br>Date:  No Hearing Set <br>Time:  None <br>Ctrm:  B, 15th Floor <br>       Magistrate Judge Maria-Elena James |

On December 1, 2009, an Order Re Amount Due Under Amended Judgment (hereafter "Order").  That Order offered the defendants the opportunity to file a brief within 10 days setting forth in detail their arguments supporting the amounts they claim are due from Plaintiffs and how

DEFENDANTS' REQUEST FOR LEAVE TO FILE A REPLY MEMORANDUM RE AMOUNT DUE
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL

they calculated those amounts, under the terms of the Amended Stipulated Judgment entered in this case as Exhibit A to the District Court's Judgment, entered on August 14, 2009.   The Order also authorized the Plaintiffs to file a response brief within 14 days after the filing of the Defendants' brief setting forth their positions and competing calculations, but it did not authorize the filing of a reply brief.  On December 10, 2009, Defendants' filed a "Brief Re Amounts Due Under Amended Stipulated Judgment" setting forth their arguments and calculations in support of the amounts they claim.   Plaintiffs filed their  "Opposition Brief Regarding Accounting" (hereafter "Opposition") on December 24, 2009.

Although the Court's Order did not authorize the filing of a reply brief, the Defendants hereby respectfully request leave to file a brief in reply to the Plaintiffs' Opposition at this time. The purpose of the reply brief is be to 1) respond to the *new and inappropriate* legal arguments offered in the Opposition and 2) respond to the *first* set of calculations presented by the Defendants as to the amount due from them.   In addition to allowing the Defendants a fair opportunity to address the new legal theories and first set of calculations offered by Plaintiffs, a reply brief on behalf of the Defendants would serve the purpose of both narrowing the issues before the Court and both identifying and clarifying the differences between the parties' respective calculations of the amounts due from Defendants.   Accordingly, authorizing such a reply brief would both allow Defendants a chance to address Plaintiffs newly introduced legal arguments and serve to reduce the complexity and the number of the issues associated with the competing calculations the Court is being asked to resolve.

In connection with this request, the Defendants herewith offer the accompanying documents, the Defendants' Reply Brief and the Second Declaration of Charles M. O'Connor in Support of Reply Brief ("2nd O'Connor Decl.") and respectfully ask the Court for an order authorizing the filing of those papers.

Defendants are mindful of the delay in seeking leave to file a reply and offer the explanation of counsel set out in the 2nd O'Connor Decl. as reasons for seeking leave of Court a this time.

//

DEFENDANTS' REQUEST FOR LEAVE TO FILE A REPLY MEMORANDUM RE AMOUNT DUE
*San Francisco Aesthetics v. The Presidio Trust*  C 07-5170 EDL                                         **-2-**

Counsel for Plaintiffs, Mr. Stephen Rose, was contacted and asked whether Plaintiffs would stipulate to the granting of leave for the Defendants to file a reply brief. Plaintiffs declined to so stipulate.

                        Respectfully submitted,

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

                        /s/

Dated: January 21, 2010        _____
                        CHARLES M. O'CONNOR
                        Assistant United States Attorney

                        Attorneys for the United States of America

**ORDER**

IT IS SO ORDERED,

Dated: ~~January~~ May 14, 2010

_____
MARIA ELENA JAMES
United States Magistrate Judge